# alexa
The Web Information Company

Home | Site Tools | Top Sites | **Site Info** | What's Hot | Toolbar

Search for more [____]  [Search]



Alexa Toolbar Creator
Create a Toolbar!

**Ads by Google**

**Streaming Video Service**
Reliable, responsive, affordable and secure. The best way to add video!
B2B.viddler.com

**Ukrainian women**
Nice women from Ukraine looking for serious relation
www.interkontakt.net

**Does Your Website "Work"?**
Grade Your Website in 30 Seconds. Try the Free SEO Grader Now!
www.diyseo.com

**5,000,000 Opt-in Users**
100% Opt-in Audience that has the Highest Response Rates, Guaranteed!
www.liveinteractivemedia.com

**You may be interested in...**

| | Query | Activity |
|---|---|---|
| 1 | Halston | |
| 2 | London | |
| 3 | Diamond | |
| 4 | Del Rio | |
| 5 | Brooks | |
| 6 | Ginger | |
| 7 | Briana Banks | |
| 8 | Silver | |
| 9 | Cavalli | |
| 10 | Nina Hartley | |


Advertise with Alexa

## eskimotube.com

EskimoTube.com - Streaming Videos of - Pornstars And Centerfolds.

Is this your site? Run an Alexa Site Audit.

**Statistics Summary for eskimotube.com**

Eskimotube.com is ranked #2,145 in the world according to the three-month Alexa traffic rankings. Approximately 2% of visits to it are referred by search engines. Visitors to the site spend...

Show More

| Alexa Traffic Rank | | Reputation | |
|---|---|---|---|
| **2,145** Global Rank | **1,440** Rank in US | **268** Sites Linking In | (No reviews yet) |

**High Impact Search Queries for Eskimotube.com**

| | Query | Impact |
|---|---|---|
| 1 | eskimotube | High |
| 2 | eskimotube.com | High |
| 3 | eskimo tube | Medium |
| 4 | memphis | Low |
| 5 | ginger | Low |
| 6 | tanaka | Low |
| 7 | monroe | Low |

View the complete Search Analytics

---

| Traffic Stats | **Search Analytics** | Audience | Contact Info | Reviews | Related Links | Clickstream |

### Search Traffic
The percentage of site visits from search engines.



| Period | Percent of Site Traffic |
|---|---|
| Last 30 days | 2.4% |
| Last 7 days | 3.1% |
| Yesterday | 3.1% |

### Top Queries from Search Traffic
The top queries driving traffic to eskimotube.com from search engines. Updated monthly.

| | Query | Percent of Search Traffic |
|---|---|---|
| 1 | eskimotube | 21.12% |
| 2 | eskimotube.com | 1.98% |
| 3 | eskiomtube | 1.85% |
| 4 | eskimo | 1.53% |
| 5 | gianna michaels in eskimo striming vedios | 1.26% |
| 6 | memphis monroe | 0.91% |
| 7 | tia tanaka | 0.74% |
| 8 | lucy thai | 0.72% |
| 9 | savannah gold | 0.65% |
| 10 | lily thai | 0.60% |

---

**Keyword Research Tool - Find More Keywords** — *Sponsored Links*
Identify which keywords are searched for, which keywords drive the most traffic and what the PPC bids are using Trellian's KeywordDiscovery.com keyword tool.

### Search Traffic on the Rise and Decline
The top queries from search engines driving relatively more/less traffic to eskimotube.com in the current month than the previous month. Updated monthly.

| | Search Query | 1 Month Increase | | Search Query | 1 Month Decline |
|---|---|---|---|---|---|
| 1 | eskimotube | 11.74% | 1 | dru berrymore skimo tube | 0.81% |
| 2 | eskiomtube | 1.71% | 2 | eskimo tube | 0.49% |
| 3 | eskimotube.com | 1.53% | 3 | porneskimo | 0.28% |
| 4 | memphis monroe | 0.86% | 4 | lacey duvalle | 0.23% |
| 5 | eskimo | 0.74% | 5 | 4tube | 0.15% |

**Top Search Queries for Eskimotube.com**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6 | tia tanaka | 0.73% | 6 | jasmine byrne | 0.13% | | Query | | Percent of Search Traffic |
| 7 | lucy thai | 0.60% | 7 | mariah milano | 0.12% | 1 | eskimotube | | 21.12% |
| 8 | lily thai | 0.59% | 8 | skimotube.com | 0.11% | 2 | eskimotube.com | | 1.98% |
| 9 | savannah gold | 0.50% | 9 | eskimo streaming | 0.10% | 3 | eskiomtube | | 1.85% |
| 10 | ginger lee | 0.49% | 10 | allysin chaynes | 0.10% | 4 | eskimo | | 1.53% |
| | | | | | | 5 | gianna michaels in eskimo striming vedios | | 1.26% |
| | | | | | | 6 | memphis monroe | | 0.91% |
| | | | | | | 7 | tia tanaka | | 0.74% |

View the complete Search Analytics

## Search Advertising Metrics Highlights

Data provided by iSpionage. Visit iSpionage to discover additional information metrics for eskimotube.com.

| Last Month Stats (Estimated) | |
|---|---|
| PPC Budget | N/A |
| Last Month Clicks | N/A |
| Avg. Ad Position | N/A |
| Google PPC Keywords | N/A |
| Yahoo PPC Keywords | N/A |



Advertiser: eskimotube.com



View More

Wayback Machine
See how Eskimotube.com looked in the past

Like eskimotube.com? Download the Alexa toolbar and access exclusive analytics content.

您现在可以在Alexa中文官方网站cn.alexa.com上获取eskimotube.com的网站流量信息。

## High Impact Search Queries for eskimotube.com

Popular queries that are relevant to this site and are actively targeted by competitors advertising on search engines. Click on queries below to discover who is advertising for these queries.

| Query | Impact Factor | Query Popularity | QCI |
|---|---|---|---|
| eskimotube | 65.24 | 48 | 13 |
| eskimotube.com | 7.08 | 37 | 15 |
| eskimo tube | 2.17 | 41 | 15 |
| memphis | 1.79 | 43 | 33 |
| ginger | 1.40 | 47 | 39 |
| tanaka | 1.24 | 33 | 28 |
| monroe | 0.81 | 41 | 15 |
| savannah | 0.64 | 41 | 37 |
| del rio | 0.61 | 26 | 23 |
| diamond | 0.55 | 49 | 41 |
| shy love | 0.45 | 36 | 10 |
| alexis | 0.44 | 39 | 13 |
| ice la fox | 0.41 | 33 | 10 |
| michaels | 0.40 | 62 | 13 |
| vanessa del rio | 0.40 | 37 | 17 |
| kali west | 0.37 | 28 | 20 |
| chloe dior | 0.36 | 24 | 20 |
| hentai | 0.36 | 66 | 35 |
| luscious lopez | 0.35 | 38 | 10 |
| nina hartley | 0.32 | 46 | 34 |
| apple bottom | 0.30 | 27 | 48 |
| carmen | 0.30 | 44 | 21 |
| jaymes | 0.28 | 14 | 20 |
| marie sullivan | 0.24 | 2 | 25 |
| asia carrera | 0.24 | 43 | 14 |
| striming | 0.23 | 28 | 26 |
| brandi belle | 0.23 | 45 | 11 |
| asian pornstars | 0.22 | 31 | 10 |
| candy samples | 0.22 | 32 | 24 |
| barbie | 0.21 | 59 | 29 |

## Search Engine Marketing (SEM) Activity by eskimotube.com

Ads for eskimotube.com have appeared on major search engines when people performed the queries below. Click on the queries below to discover more information.

No data available for eskimotube.com

## Search Engine Marketing (SEM) Opportunities for eskimotube.com

Queries that provide opportunities for this site to advertise through Search Engine Marketing (SEM) to get more traffic. They are popular queries that are relevant to the site, and have low competition in search engine marketing. Learn More

| Query | SEM opportunity | Query Popularity | QCI |
|---|---|---|---|
| google wave | 0.54 | 77 | 11 |
| badjojo | 0.51 | 67 | 10 |
| 2012 | 0.51 | 73 | 32 |
| feliz navidad | 0.51 | 48 | 12 |
| tony hsieh | | | 20 |
| quick start | 1.23 | 25 | 15 |
| clarks | | | 45 |
| yellow pages | 0.50 | 68 | 27 |
| free music | 0.49 | 52 | 59 |
| radio stations | 0.48 | 44 | 55 |
| songs | 0.46 | 50 | 47 |
| new songs | 0.46 | 44 | 33 |
| betsey johnson | 1.11 | 44 | 37 |
| jack spade | 1.09 | 36 | 34 |
| time in | 4.74 | 22 | 10 |
| statistics for | 4.12 | 2 | 10 |
| tutorial | 3.59 | 49 | 12 |
| episodes | 3.46 | 33 | 18 |
| digitalpoint | 3.29 | 50 | 12 |
| ip whois | 3.21 | 49 | 12 |
| counter strike | 2.87 | 58 | 17 |
| maktoob | 2.87 | 47 | 12 |

**Install the free Alexa Toolbar to join our information community and get access to this feature.**

Install the Toolbar Now

---

Company — About, Jobs, Advertise on Alexa
Help — Help System, Tour
Alexa Tools for Site Owners — Get a Site Audit for your site, Create a Custom Toolbar, Edit your site listing
Related Services — Free Website Content, Make money with Alexa
Download the Alexa Toolbar!
Privacy Policy | Terms of Use
©Alexa Internet, Inc.
An amazon.com company

converted by Web2PDFConvert.com