

register | help | login

# compete

Profiles | Analytics Tools | Client Solutions | Resources | myCompete

Site Profile | Tag Profile | Category Profile | Compare

site profile for: Go to Site Profile | Go to Search Referrals | Go to Referrals | Go to Destinations | View Portfolio | Add to Portfolio

search Site Profile for e.g. compete.com GO

Miscellaneous

Compare to other sites

site statistics | audience profiles | subdomains (2)

Unique Visitors vs Compare Second Metric

7D 30D 3M 6M 1Y 2Y

Save Graph Image | Export CSV | Embed Graph | Permalink

**Adobe Flash player 8 or higher is required to view graphs on Compete.com**

Click here to download and install the latest version of the Flash player.

## Monthly Normalized Metrics / July 2011

| Unique Visitors | Visits | Page Views | Compete Rank |
|---|---|---|---|
| 400,470 - 0 . 6 3 | 744,058 - 2 . 0 6 | Only available with pro | 5,201 - 3 0 |

| Average Stay | Visits / Person | Pages / Visit | Attention |
|---|---|---|---|
| Only available with pro | Only available with pro | Only available with pro | Only available with pro |

## Daily Traffic / 08.23.11

Reach
Only available with pro

Attention
Only available with pro

## Compete Demographics / July 2011

Age: 18-24, 25-34, 35-44, 45-54, 55-64, 65-plus — Only available with: pro Advanced

Income: under-30k, 30-60k, 60-100k, 100k-plus — Only available with: pro Advanced

Gender: male, female — Only available with: pro Advanced

## Site Description

No Site Description available

powered by zoominfo

## Referral Analytics pro

Show Destination Sites

| Referral Sites | |
|---|---|
| unique referring sites: | 477 |
| sites sending more traffic: | 402 |
| sites sending less traffic: | 86 |
| unique referring categories: | 63 |

see all referring traffic

## Search Analytics pro

| Keyword | Search Share |
|---|---|
| tjoob | 11.34% |
| tjoob.com | 2.77% |
| bang bros.com | 1.48% |
| tjoob porn | 1.24% |
| eskimo tube streamin... | 1.12% |

see all 1,127 keywords with PRO

## Tags

There are no tags for this site. Be the first.

Developers | Buzz & Press | About | Contact Us | Tell a Friend | Compete, Inc

© 2000 - 2011 Compete, Inc - Terms of Service - Privacy Policy

Web2PDF
converted by Web2PDFConvert.com