

# tjoob.com

Tjoob.com

Is this your site? Run an Alexa Site Audit.

## Statistics Summary for **tjoob.com**

Tjoob.com's three-month global Alexa traffic rank is 8,107. Visitors to the site view 6.6 unique pages each day on average. Visitors to the site spend approximately seven minutes per visit to the...

Show More

| Alexa Traffic Rank | | Reputation | |
|---|---|---|---|
| **8,089** Global Rank | **4,621** Rank in US | **163** Sites Linking In | (No reviews yet) |

Traffic Stats | **Search Analytics** | Audience | Contact Info | Reviews | Related Links | Clickstream

## Search Traffic

The percentage of site visits from search engines.



| Period | Percent of Site Traffic |
|---|---|
| Last 30 days | 13.2% |
| Last 7 days | 12.1% |
| Yesterday | 6% |

## Top Queries from Search Traffic

The top queries driving traffic to tjoob.com from search engines. Updated monthly.

| | Query | Percent of Search Traffic |
|---|---|---|
| 1 | tjoob | 35.46% |
| 2 | tjoobs | 0.59% |
| 3 | tjoob.com | 0.58% |
| 4 | eskimo tube katsuni | 0.37% |
| 5 | bear crazy46 | 0.21% |
| 6 | jenna jemason tjoob | 0.21% |
| 7 | ashlyn rae creampie | 0.20% |
| 8 | tjoop | 0.18% |
| 9 | http://www.tjoob.com | 0.17% |
| 10 | bear crazy46 | 0.16% |

**Keyword Research Tool - Find More Keywords**  *Sponsored Links*
Identify which keywords are searched for, which keywords drive the most traffic and what the PPC bids are using Trellian's KeywordDiscovery.com keyword tool.

## Search Traffic on the Rise and Decline

The top queries from search engines driving relatively more/less traffic to tjoob.com in the current month than the previous month. Updated monthly.

| | Search Query | 1 Month Increase | | Search Query | 1 Month Decline |
|---|---|---|---|---|---|
| 1 | bear crazy46 | 0.18% | 1 | tjoob | 8.86% |
| 2 | ander paige anal | 0.15% | 2 | esperanza gomez anal | 0.37% |
| 3 | bear crazy 46 | 0.14% | 3 | tjboob | 0.28% |
| 4 | eskimo tube jenna | 0.14% | 4 | fuzz | 0.26% |
| 5 | eskimo tube katsuni | 0.13% | 5 | www.tjoob.com | 0.21% |
| 6 | tjoobcom | 0.12% | 6 | tjoob | 0.17% |

**You may be interested in...**

| | Query | Activity |
|---|---|---|
| 1 | Bbw Streaming | |
| 2 | Tjoob | |
| 3 | Monique Fuentes | |
| 4 | Liliane Tiger | |
| 5 | tjoob.com | |
| 6 | Tjoobs | |
| 7 | Danielle Derek | |
| 8 | Money Talks Streaming | |
| 9 | T Joob | |
| 10 | Asa Askira | |

Register  Login  Help

Alexa — The Web Information Company

Home | Site Tools | Top Sites | Site Info | What's Hot | Toolbar

Search for more  [Search]



Advertise with Alexa

### High Impact Search Queries for Tjoob.com

| | Query | Impact |
|---|---|---|
| 1 | eskimo tube | High |
| 2 | ashlyn rae creampie | Medium |
| 3 | http://www.tjoob.com | Medium |
| 4 | hunter bryce | Medium |
| 5 | t joob | Medium |
| 6 | streaming videos | Low |
| 7 | fuzz | Low |

View the complete Search Analytics

### Top Search Queries for Tjoob.com

| Query | Percent of Search Traffic |

| 7 | http://www.tjoob.com | 0.10% | 7 | tjoobs | 0.16% | 1 | tjoob | 35.46% |
| 8 | kink | 0.09% | 8 | japanese blowjob | 0.14% | 2 | tjoobs | 0.59% |
| 9 | samantha 38g logjammin – milfsoup | 0.06% | 9 | briana banks tjoob | 0.13% | 3 | tjoob.com | 0.58% |
| 10 | lily thai eskimo | 0.06% | 10 | hitomi tanaka uncensored | 0.13% | 4 | eskimo_tube_katsuni | 0.37% |
| | | | | | | 5 | bear crazy46 | 0.21% |
| | | | | | | 6 | jenna jemason tjoob | 0.21% |
| | | | | | | 7 | ashlyn_rae_creampie | 0.20% |

View the complete Search Analytics

## Search Advertising Metrics Highlights

Data provided by iSpionage. Visit iSpionage to discover additional information metrics for tjoob.com.

| Last Month Stats (Estimated) | |
|---|---|
| PPC Budget | N/A |
| Last Month Clicks | N/A |
| Avg. Ad Position | N/A |
| Google PPC Keywords | N/A |
| Yahoo PPC Keywords | N/A |



Advertiser: tjoob.com





Wayback Machine
See how Tjoob.com looked in the past

Like tjoob.com? Download the Alexa toolbar and access exclusive analytics content.

您现在可以在Alexa中文官方网站cn.alexa.com上获取tjoob.com的网站流量信息。

## High Impact Search Queries for tjoob.com

Popular queries that are relevant to this site and are actively targeted by competitors advertising on search engines. Click on queries below to discover who is advertising for these queries.

| Query | Impact Factor | Query Popularity | QCI |
|---|---|---|---|
| eskimo tube | 7.11 | 39 | 15 |
| ashlyn rae creampie | 4.13 | 19 | 10 |
| http://www.tjoob.com | 3.59 | 16 | 10 |
| hunter bryce | 2.59 | 37 | 37 |
| t joob | 2.09 | 7 | 20 |
| streaming videos | 1.95 | 21 | 30 |
| fuzz | 1.82 | 36 | 13 |
| monique fuentes anal | 1.78 | 23 | 10 |
| nuru massage | 1.70 | 42 | 29 |
| nikki klien | 1.62 | 14 | 20 |
| bella blaze anal | 1.61 | 14 | 10 |
| esperanza gomez | 1.50 | 45 | 20 |
| ander paige | 1.45 | 14 | 10 |
| briana banks | 1.38 | 43 | 21 |
| streaming | 1.32 | 58 | 31 |
| porno venezolano | 1.13 | 35 | 20 |
| tit fuck | 1.00 | 33 | 70 |
| soft porn | 0.91 | 36 | 59 |
| shemale natalia fubatos | 0.90 | 7 | 10 |
| cameryn coxxx | 0.87 | 17 | 20 |
| natasha dolce | 0.86 | 13 | 10 |
| interracial | 0.82 | 41 | 39 |
| shemale natalia | 0.80 | 14 | 20 |
| fuentes anal | 0.79 | 4 | 10 |
| candy apples | 0.78 | 24 | 43 |
| tjoob | 0.75 | 48 | 12 |
| simi creampie | 0.75 | 7 | 10 |
| eskimotube | 0.74 | 45 | 13 |
| janet jade | 0.69 | 23 | 30 |
| amber lynn swallows | 0.69 | 20 | 10 |

## Search Engine Marketing (SEM) Activity by tjoob.com

Ads for tjoob.com have appeared on major search engines when people performed the queries below. Click on the queries below to discover more information.

No data available for tjoob.com

## Search Engine Marketing (SEM) Opportunities for tjoob.com

Queries that provide opportunities for this site to advertise through Search Engine Marketing (SEM) to get more traffic. They are popular queries that are relevant to the site, and have low competition in search engine marketing. Learn More

converted by Web2PDFConvert.com

| Query | SEM opportunity | Query Popularity | QCI |
|---|---|---|---|
| google wave | 0.54 | 77 | 11 |
| badjojo | 0.51 | 67 | 10 |
| 2012 | 0.51 | 73 | 32 |
| feliz navidad | 0.51 | 48 | 12 |
| tony hsieh | | | 20 |
| quick start | 1.23 | 25 | 15 |
| clarks | | | 45 |
| yellow pages | 0.50 | 68 | 27 |
| free music | 0.49 | 52 | 59 |
| radio stations | 0.48 | 44 | 55 |
| songs | 0.46 | 50 | 47 |
| new songs | 0.46 | 44 | 33 |
| betsey johnson | 1.11 | 44 | 37 |
| jack spade | 1.09 | 36 | 34 |
| time in | 4.74 | 22 | 10 |
| statistics for | 4.12 | 2 | 10 |
| tutorial | 3.59 | 49 | 12 |
| episodes | 3.46 | 33 | 18 |
| digitalpoint | 3.29 | 50 | 12 |
| ip whois | 3.21 | 49 | 12 |
| counter strike | 2.87 | 58 | 17 |
| maktoob | 2.87 | 47 | 12 |

**Install the free Alexa Toolbar to join our information community and get access to this feature.**

Install the Toolbar Now

Company — About, Jobs, Advertise on Alexa
Help — Help System, Tour
Alexa Tools for Site Owners — Get a Site Audit for your site, Create a Custom Toolbar, Edit your site listing
Related Services — Free Website Content, Make money with Alexa
Download the Alexa Toolbar!
Privacy Policy | Terms of Use
©Alexa Internet, Inc.
An amazon.com company