## UNITED STATES DISTRICT COURT
## IN AND FOR THE NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | | |
|---|---|---|
| FRASERSIDE IP LLC, an Iowa Limited Liability Company, | ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 11-cv-03043-MWB |
| vs. | ) ) | APPEARANCE |
| ROLAND WATERWEG, d/b/a www.eskimotube.com and d/b/a www.tjoob.com and JOHN DOES 1 – 100 and JOE DOE COMPANIES 1 – 100, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

COME NOW Connie Alt and Jennifer E. Rinden of Shuttleworth & Ingersoll, PLC, and hereby enter their appearance of record on behalf of Defendant Roland Waterweg, d/b/a www.eskimotube.com and www.tjoob.com.

      /s/ Connie Alt /s/ Jennifer Rinden     
CONNIE ALT  AT0000497
JENNIFER E. RINDEN    AT0006606
                for
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:      (319) 365-9461
FAX:          (319) 365-8564
cma@shuttleworthlaw.com
jer@shuttleworthlaw.com
**ATTORNEYS FOR DEFENDANT**
**IGOR KOVALCHUK, d/b/a DRTUBER.COM**
**and www.drtuber.com**

COPY TO:

Chad Belville
Chad Belville Attorney at Law
P.O. Box 17879
Phoenix, AZ  85066

<div style="border:1px solid black; width:40%;">

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on October 28, 2011 by:

[ x ] Electronically via ECF for ECF registrants
[ ] U.S. Mail _____
[ ] Fax _____
[ ] Fed Ex _____
[ ] Hand Delivered _____
[ ] other _____

**ANNE JOHNSON**

</div>