# UNITED STATES DISTRICT COURT
## IN AND FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, an Iowa Limited Liability Company, | ) ) ) |
|    Plaintiffs, | ) ) ) |
| vs. | ) ) |
| ROLAND WATERWEG, d/b/a www.eskimotube.com and d/b/a www.tjoob.com and JOHN DOES 1 – 100 and JOE DOE COMPANIES 1 – 100, | ) ) ) ) ) |
|    Defendants. | ) ) |

**CASE NO. 11-cv-03043-MWB**

**MOTION FOR ADMISSION PRO HAC VICE**

Valentin Gurvits, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of Defendant Roland Waterweg, d/b/a www.eskimotube.com and d/b/a www.tjoob.com and states that he is a member in good standing of the bar of the United States District Court for the District of Massachusetts and the Supreme Judicial Court of the Commonwealth of Massachusetts, and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

Valentin Gurvits further states that he will comply with the associate counsel requirements of LR 83.1.d.3 by associating with Connie Alt and Jennifer Rinden, attorneys who have been admitted to the bar of this district under LR 83.1.b and .c and who have entered an Appearance in this case.

The Certificate of Good Standing required by Administrative Order No. 10-AO-4-P is attached.

_____/s/ Connie Alt_____

CONNIE ALT  AT0000497
JENNIFER E. RINDEN    AT0006606
                    for
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:        (319) 365-9461
FAX:            (319) 365-8564
jer@shuttleworthlaw.com

/s/Valentin Gurvits
Valentin Gurvits, Esq.
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton, MA 02459
BBO # 643572
(617) 928-1804
vgurvits@bostonlawgroup.com

/s/Evan Fray-Witzer_____
Evan Fray-Witzer, Esq.
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
(617) 723-5630
Evan@CFWLegal.com

**ATTORNEYS FOR DEFENDANT
ROLAND WATERWEG, d/b/a
www.eskimotube.com and www.tjoob.com**

COPY TO:

Chad Belville
Chad Belville Attorney at Law
P.O. Box 17879
Phoenix, AZ  85066

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy
of this document was served upon counsel of
record for each party to the action in compliance
with FRCP 5 on October 28, 2011 by:


[ x ] Electronically via ECF for ECF registrants
[  ] U.S. Mail _____
[  ] Fax _____
[  ] Fed Ex _____
[  ] Hand Delivered _____
[  ] other _____

**ANNE JOHNSON**