IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, | ) |
| Plaintiff, | ) Case No. 11-CV-3043-MWB |
| v. | ) ORDER |
| ROLAND WATERWEG, et al, | ) |
| Defendants. | ) |

Upon unresisted application and pursuant to Administrative Order 1213,[1] it is

**ORDERED**

Defendants' motions to appear pro hac vice (docket numbers 9 and 10) are granted. Attorneys Evan Fray-Witzer and Valentin Gurvits are admitted to practice in the Northern District of Iowa for the purpose of trying the above-captioned matter.

DATED this 1st day of November, 2011.

ROBERT L. PHELPS, CLERK
U. S. District Court
Northern District of Iowa

By: s/Karen S. Yorgensen
Deputy Clerk

---

[1] Administrative Order 1213, filed January 31, 1994, gives the Clerk of Court authority to grant certain unresisted motions.