# UNITED STATES DISTRICT COURT
### for the
### Northern District of Iowa

Fraserside IP LLC,
an Iowa Limited Liability Company )
)
*Plaintiff* )
)
v. ) Civil Action No. 11-cv-3043-MWB
Roland Waterweb, dba www.eskimotube.com and )
www.tjoob.com and www.eskimotube.com and )
www.tjoob.com and John Does 1-100 and )
John Doe Companies 1 *Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Roland Waterweb                          EskimoTube.com & Tjoob.com
E241 Alexandra Comdominium               401 Valle Verde Trres
Meralco Avenue                           Meralco Avenue
Pasig City, Manila 1605                  Pasig City, Manila 1605
Philippines                              Philippines

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 30 days if you are the State of Iowa — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*KJorgensen*

Date: 08/30/2011                         _____
                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. C11-3032-MWB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Eskimotube.com and Tjoob.com
was received by me on *(date)* 09/29/2011 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* P. Jurilla _____, who is
designated by law to accept service of process on behalf of *(name of organization)* Eskimotube.com and
Tjoob.com on *(date)* 10/04/2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 225.00 for travel and $ 1050.00 for services, for a total of $ 1275.00 .

I declare under penalty of perjury that this information is true.

Date: 10/05/2011

*Server's signature*

ROLANDO R. FLORES, SR. Philippine Rep.
*Printed name and title*

Process Service Network
20832 Roscoe Blvd., Suite 106
Winnetka, CA 91306
*Server's address*

Additional information regarding attempted service, etc:

Address of service: 401 Valle Verde Tres, Meralco Avenue, Pasig City, Manila 1605, Philippines
Served on: 10/04//11, at 1:20 PM

Documents served: Summons in a Civil Action; Complaint and Jury Demand; Civil Cover Sheet; Local Rule 7.1; Disclosure Statement; Local Rule 10; Notice of Public Availability of Case File Information; Local Rule 16; Instructions and Worksheet for the Scheduling Order and Discovery Plan; Proposed Scheduling Order and Discovery Plan; Local Rule 73; Notice, Consent and Order of Reference; Waiver of Service of Summons; Notice of Lawsuit and Request for Waiver; Local Rule 41; Section IV of Procedures Manual: Sanctions; ECF Attorney Registration Form; Privacy Notice

Civil Action No. C11-3032-MWB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Eskimotube.com and Tjoob.com
was received by me on *(date)* 09/29/2011 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* P. Jurilla , who is designated by law to accept service of process on behalf of *(name of organization)* Eskimotube.com and Tjoob.com on *(date)* 10/04/2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 225.00 for travel and $ 1050.00 for services, for a total of $ 1275.00 .

I declare under penalty of perjury that this information is true.

Date: 10/05/2011

*Server's signature*

ROLANDO R. FLORES, SG. Philippine Rep.
*Printed name and title*

Process Service Network
20832 Roscoe Blvd., Suite 106
Winnetka, CA 91306
*Server's address*

Additional information regarding attempted service, etc:

Address of service: 401 Valle Verde Tres, Meralco Avenue, Pasig City, Manila 1605, Philippines
Served on: 10/04//11, at 1:20 PM

Documents served: Summons in a Civil Action; Complaint and Jury Demand; Civil Cover Sheet; Local Rule 7.1; Disclosure Statement; Local Rule 10; Notice of Public Availability of Case File Information; Local Rule 16; Instructions and Worksheet for the Scheduling Order and Discovery Plan; Proposed Scheduling Order and Discovery Plan; Local Rule 73; Notice, Consent and Order of Reference; Waiver of Service of Summons; Notice of Lawsuit and Request for Waiver; Local Rule 41; Section IV of Procedures Manual: Sanctions; ECF Attorney Registration Form; Privacy Notice