UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Fraserside IP, LLC, )<br>Plaintiff, )<br>v. )<br> )<br>Roland Waterweg d/b/a )<br>www.eskimotube.com and www.tjoob.com, )<br>and www.eskimotube.com and )<br>www.tjoob.com, and John Does 1-100 )<br>and John Doe Companies 1-100, )<br>Defendants. )<br> ) | Docket No. 11-3043-MWB |

## DEFENDANTS ROLAND WATERWEG, WWW.ESKIMOTUBE.COM AND WWW.TJOOB.COM'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), and 12(b)(6), Defendant Roland Waterweg respectfully moves for the dismissal of the Plaintiff's complaint in its entirety. As grounds for this Motion, Mr. Waterweg states that:

1. Mr. Waterweg is not subject to personal jurisdiction in Iowa and, as such, the Complaint must be dismissed pursuant to Fed. R. Civ. P. 12(b)(2); and

2. The purported assignment of intellectual property to Plaintiff, Fraserside IP, LLC ("Fraserside IP") was a sham (inasmuch as the original registrants and owners continue to assert ownership over the intellectual property). Even if the assignment was not a sham, it is *void ab initio* as it was made in contravention of an injunction against the assignors. Finally, as the present litigation is being pursued without the knowledge or approval of the plaintiff's court-

appointed receiver, the Plaintiff has no standing to proceed. Accordingly, the Complaint must be dismissed pursuant to either Fed. R. Civ. P. 12(b)(1) or 12(b)(6).[1]

In further support of this Motion, xHamster relies on the accompanying memorandum of law.

    Respectfully submitted,
    xHamster Solutions, Ltd.
    By its attorneys,

    /s/Evan Fray-Witzer
    Evan Fray-Witzer, *pro hac vice*
    Ciampa Fray-Witzer, LLP
    20 Park Plaza, Suite 804
    Boston, MA 02116
    (617) 723-5630
    Evan@CFWLegal.com

    /s/Valentin Gurvits
    Valentin Gurvits, *pro hac vice*
    Boston Law Group, PC
    825 Beacon Street, Suite 20
    Newton, MA 02459
    (617) 928-1804
    vgurvits@bostonlawgroup.com

    /s/Jennifer E. Rinden
    Connie Alt        AT0000497
    Jennifer E. Rinden   AT0006606
        for
    SHUTTLEWORTH & INGERSOLL, P.C.
    500 US Bank Bldg., P.O. Box 2107
    Cedar Rapids, IA 52406
    PHONE:    (319) 365-9461
    FAX:        (319) 365-8564
    jer@shuttleworthlaw.com

---

[1] The Plaintiff's claims arise under the federal Copyright and Trademark laws. If it does not have standing to bring such claims, then there are no claims over which this court would have subject matter jurisdiction. Alternatively, the dismissal could be under Fed. R. Civ. P. 12(b)(6), since the Fraserside IP's lack of standing also means that it has failed to state a claim upon which relief may be granted.

ECF CERTIFICATE OF SERVICE

I, Evan Fray-Witzer, hereby certify that on November 4, 2011, a copy of the above document was served on Chad Bellville, attorney for the plaintiff, through the Court's ECF system in accordance with FRCP 5. In addition, a copy of the above document was served by email on Thomas Kummer, Esq., counsel for Eric Johnson, the plaintiff's court-appointed receiver.

/s/ Evan Fray-Witzer