UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| Fraserside IP, LLC,<br>    Plaintiff,<br>v.<br><br>Roland Waterweg d/b/a<br>www.eskimotube.com and www.tjoob.com,<br>and www.eskimotube.com and<br>www.tjoob.com, and John Does 1-100<br>and John Doe Companies 1-100,<br>    Defendants. | Docket No. 11-3043-MWB |

## AFFIDAVIT OF ROLAND WATERWEG

Roland Waterweg being duly sworn, does hereby depose and state:

1. My name is Roland Waterweg. Unless otherwise stated, I make this affidavit of my own personal knowledge.

2. I am a Dutch citizen and a resident of the Philippines

3. I run the two websites named in this action, www.EskimoTube.com and www.Tjoob.com.

4. Neither I nor either of the websites that I run have offices in Iowa, a telephone number in Iowa, employees in Iowa, or an agent for service of process in Iowa.

5. Neither I nor either of the websites that I run maintains any servers in Iowa.

6. Neither I nor either of the websites that I run advertise in Iowa.

7. I have never even visited Iowa.

1

8. Neither Eskimotube.com nor Tjoob.com enter into financial transactions with users in Iowa or anywhere else for that matter.

9. With respect to Eskimotube.com, the website does not provide for membership of any kind, paid or unpaid.

10. Although Tjoob.com does allow users to register as members, it does not charge for membership, nor does it otherwise enter into any type of contract or financial arrangement with its users.

11. To the extent that either website generates revenues, it does so through advertising and referral agreements with other websites. For example, users looking to access non user-generated full-length movies can clicks links on the video pages to a separate website operated by Pornstar Network, a company that legitimately licenses content and provides it to end users pursuant to its licensing agreements.

12. In May of 2010, users were also referred by a link underneath the video to a site operated by Meta Interfaces, a company which licensed content from Private Media Group and others.

13. Certain content on Eskimotube.com and Tjoob. is generated by the users of the websites themselves.

14. I have been informed that documents were supposedly served on a second address in the Philippines, which purportedly constituted service on EskimoTube.com and Tjoob.com. I am told that these documents were delivered in some fashion to 401 Valle Verde Trres, Meralco Avenue, Pasig City, Manila 1605, Philippines and signed for by one "P. Jurilla." Approximately 4 years years ago, I lived at this address, but I have not been there since that time (nor has anyone associated with EskimoTube.com or Tjoob.com lived there since that time. I have no

idea who "P. Jurilla" is.

Signed under the pains and penalties of perjury this 4th day of November, 2011.

*R. Waterw*

ROLAND WATERWEG