# Private Drops $30M Copyright Suit Against Meta



Monday, May 23, 2011
By Rhett Pardon

SAN FRANCISCO — Private Media Group says that it has dropped its $30 million copyright suit waged against Meta Interfaces.

In a joint statement, Private said that it "dismissed the lawsuit in its entirety against Meta since it has been made obvious that Fraserside has no claims against Meta."

David Dacus, founder and CEO of Meta Interfaces, said that "Meta has had a solid reputation in the licensing market for over eight years."

"Having this dismissed with a path for more opportunities with Private only strengthens that reputation."

In the suit filed in August, Private claimed that Meta Interfaces committed more than 200 instances of copyright infringement because numerous tube sites it works with or operates — including SkimTube.com, EskimoTube.com and Tjoob.com — displayed two-minute Private videos alongside third-party advertising. But, apparently, Meta does not own those websites.

Meta Interfaces, in its defense, said that it had a three-year deal to distribute Private videos that started in May 2009.

**[-] close window**

Case 3:11-cv-03043-MWB   Document 13-10   Filed 11/04/11   Page 1 of 1