# PRIVATE
## MEDIA GROUP, INC.
### Sale of Copyright and Common Law Copyright Rights

Whereas, Milcap Media Limited, Milcap Publishing Group, a corporation organized under the laws of Cyprus, located and doing business at Office 1002, 10th Floor, Nicolaou Pentadromos Centre, Thessalonikis Street, 3025 Limassol, Cyprus and Private USA (collectively the "Seller"), is the owner of the following U.S. Copyrights, listed below, are registered in the United States (collectively the "Copyrights");

Whereas, FraserSide IP LLC (Buyer), a Limited Liability Company organized under the laws of the State of Iowa, doing business at 837 Central Avenue, Northwood, Iowa; and

Whereas Seller desires to transfer and FraserSide IP LLC desires to acquire all of Assignor's rights in and to the United States Copyrights, common law copyrights and the goodwill symbolized thereby;

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller hereby sells, assigns, transfers and conveys to Buyer all of its right, title, and interest in and to the Copyrights, together with the goodwill of the business associated with the Copyrights, the same to be held and enjoyed by Buyer, its successors, assigns, and other legal representatives.

Seller further conveys to Buyer all right to sue for and receive all damages accruing from past infringements of the Copyrights herein assigned.

Seller represents it is the legal owner of all right, title and interest in and to the Copyrights and has the right to sell the Copyrights and that there are no pending legal proceedings impairing the transferability of the Copyrights.

These Assignments shall be binding upon the parties, their successors and/or assigns, and all others acting by, through, with or under their direction, and all those in privity therewith.

The parties agree to take any further action and execute any documents required to effect the purposes of this Assignment.

Milcap Media Limited  
Milcap Publishing Group  
Private USA  

BY: _____  
Title: Authorized Signatory  
Dated: 12/08/2010  

FraserSide IP LLC  

BY: _____  
Title: Authorized Signatory  
Dated: 12/08/2010  

Transfer of Copyright and Common Law Copyright Rights                                    1 of 5

| TITLE | REGISTRATION # | REGISTRANT |
|---|---|---|
| AMANDA'S DIARY 4 | PA0000956750 | Private USA / Milcap Media Limited |
| AMANDA'S DIARY 5 | PA0000956747 | Private USA / Milcap Media Limited |
| BLONDES ON FIRE (PRIVATE SPECIAL EDITION 18) | PA0000990728 | Private USA / Milcap Media Limited |
| CALL GIRL | PA0000990729 | Private USA / Milcap Media Limited |
| CUM SHOT DELUXE NO 2 | PA0000984600 | Private USA / Milcap Media Limited |
| DANGEROUS THINGS - PRIVATE/PENTHOUSE MOVIE 3 | PA0001001601 | Private USA / Milcap Media Limited |
| DANGEROUS THINGS 2 - PRIVATE/PENTHOUSE MOVIE 4 | PA0001020248 | Private USA / Milcap Media Limited |
| DOMESTIC AFFAIRS | PA0000984595 | Private USA / Milcap Media Limited |
| DOUBLE CONFUSION | PA0000984593 | Private USA / Milcap Media Limited |
| FASHION - PRIVATE/PENTHOUSE MOVIES 2 | PA0001003424 | Private USA / Milcap Media Limited |
| FETISH THERAPY | PA0000776233 | Private USA / Milcap Media Limited |
| GAIA 5 | PA0001044971 | Private USA / Milcap Media Limited |
| GAIA 6 | PA0001044966 | Private USA / Milcap Media Limited |
| HELL, WHORES AND HIGH HEELS (PRIVATE VIDEO DELUXE 10) | PA0001001580 | Private USA / Milcap Media Limited |
| HORNY HOUSEWIVES 1 | PA0000776241 | Private USA / Milcap Media Limited |
| HORNY HOUSEWIVES 2 | PA0000776248 | Private USA / Milcap Media Limited |
| HORNY HOUSEWIVES 3 | PA0000984660 | Private USA / Milcap Media Limited |
| HORNY HOUSEWIVES 4 | PA0000984579 | Private USA / Milcap Media Limited |
| HORNY HOUSEWIVES 6 | PA0000990706 | Private USA / Milcap Media Limited |
| HORNY HOUSEWIVES 7 | PA0001003423 | Private USA / Milcap Media Limited |
| HORNY HOUSEWIVES 8 | PA0001001581 | Private USA / Milcap Media Limited |
| HORNY HOUSEWIVES 9 | PA0001020246 | Private USA / Milcap Media Limited |
| HOUSE OF LOVE - PRIVATE GOLD 40 | PA0000990722 | Private USA / Milcap Media Limited |
| MATADOR | PA0000984665 | Private USA / Milcap Media Limited |
| MATADOR 2 | PA0000984575 | Private USA / Milcap Media Limited |
| MATADOR 3 | PA0000990723 | Private USA / Milcap Media Limited |
| MATADOR 4 | PA0000990707 | Private USA / Milcap Media Limited |
| MATADOR 5 - SEX TRIP | PA0001003434 | Private USA / Milcap Media Limited |
| MATADOR 6 - DIRTY MEN AT WORK | PA0001001603 | Private USA / Milcap Media Limited |
| MATADOR 7 | PA0001020244 | Private USA / Milcap Media Limited |
| MY FIRST TIME | PA0000956744 | Private USA / Milcap Media Limited |
| NIKKI ANDERSSON THE STORY | PA0000956746 | Private USA / Milcap Media Limited |
| PEEPSHOW SPECIAL 1 | PA0000955893 | Private USA / Milcap Media Limited |
| PEEPSHOW SPECIAL 10 | PA0001009999 | Private USA / Milcap Media Limited |
| PEEPSHOW SPECIAL 2 | PA0000948429 | Private USA / Milcap Media Limited |
| PEEPSHOW SPECIAL 3 | PA0000956745 | Private USA / Milcap Media Limited |
| PEEPSHOW SPECIAL 4 | PA0000776118 | Private USA / Milcap Media Limited |
| PEEPSHOW SPECIAL 5 | PA0000984658 | Private USA / Milcap Media Limited |
| PEEPSHOW SPECIAL 6 | PA0000984592 | Private USA / Milcap Media Limited |
| PEEPSHOW SPECIAL 7 | PA0000990709 | Private USA / Milcap Media Limited |
| PEEPSHOW SPECIAL 8 | PA0000990703 | Private USA / Milcap Media Limited |
| PEEPSHOW SPECIAL 9 | PA0001001602 | Private USA / Milcap Media Limited |
| PIRATE VIDEO DELUXE 11 | PA0001020245 | Private USA / Milcap Media Limited |
| PIRATE VIDEO DELUXE 7 - TANYA HYDE'S LONDON CALLING | PA0000990727 | Private USA / Milcap Media Limited |
| PIRATE VIDEO DELUXE 8 | PA0000990701 | Private USA / Milcap Media Limited |
| PRIVATE BLACK LABEL 10 | PA0000984599 | Private USA / Milcap Media Limited |

| Title | Registration | Owner |
|---|---|---|
| PRIVATE BLACK LABEL 11 | PA0000990705 | Private USA / Milcap Media Limited |
| PRIVATE BLACK LABEL 12 – JULIA | PA0000990720 | Private USA / Milcap Media Limited |
| PRIVATE BLACK LABEL 13 - VIRTUAL SEX | PA0001001582 | Private USA / Milcap Media Limited |
| PRIVATE BLACK LABEL 14 – ERICA | PA0001010005 | Private USA / Milcap Media Limited |
| PRIVATE BLACK LABEL 9 - SEX SHOT | PA0000984659 | Private USA / Milcap Media Limited |
| PRIVATE CASTINGS 21 | PA0000990711 | Private USA / Milcap Media Limited |
| PRIVATE GEOGRAPHIC | PA0000785464 | Private USA / Milcap Media Limited |
| PRIVATE GOLD 32 - LETAL INFORMATION | PA0001044972 | Private USA / Milcap Media Limited |
| PRIVATE GOLD 38 - NETWORK - | PA0000984661 | Private USA / Milcap Media Limited |
| PRIVATE GOLD 41 – MADNESS | PA0000990719 | Private USA / Milcap Media Limited |
| PRIVATE GOLD 42 - MADNESS 2 | PA0001003430 | Private USA / Milcap Media Limited |
| PRIVATE GOLD 43 - NO SUN, NO FUN | PA0001001585 | Private USA / Milcap Media Limited |
| PRIVATE GOLD 44 – RIVIERA | PA0001020247 | Private USA / Milcap Media Limited |
| PRIVATE SPECIAL EDITION 19 - PRIVATE BACKSTAGE | PA0001003435 | Private USA / Milcap Media Limited |
| PRIVATE SPECIAL EDITION 21 | PA0001020243 | Private USA / Milcap Media Limited |
| RUBBER KISS | PA0000776235 | Private USA / Milcap Media Limited |
| SEX SLIDER - PRIVATE MOVIES 1 | PA0000984688 | Private USA / Milcap Media Limited |
| SEX THERAPY | PA0000776242 | Private USA / Milcap Media Limited |
| SEX THERAPY 2 | PA0000776243 | Private USA / Milcap Media Limited |
| SOLID GOLD 1 | PA0000948460 | Private USA / Milcap Media Limited |
| SOLID GOLD 2 | PA0000948439 | Private USA / Milcap Media Limited |
| START YOUR ENGINES (PRIVATE SPECIAL EDITION 20) | PA0001001583 | Private USA / Milcap Media Limited |
| STORY NO 2 - TANIA RUSSOF | PA0000976223 | Private USA / Milcap Media Limited |
| SUPER FUCKERS 1 | PA0000984594 | Private USA / Milcap Media Limited |
| SUPER FUCKERS 2 | PA0000990734 | Private USA / Milcap Media Limited |
| SUPER FUCKERS 3 | PA0000990712 | Private USA / Milcap Media Limited |
| SUPER FUCKERS 4 | PA0001001579 | Private USA / Milcap Media Limited |
| SUPER FUCKERS 5 | PA0001010004 | Private USA / Milcap Media Limited |
| SUPER FUCKERS SPECIAL EDITION | PA0000990730 | Private USA / Milcap Media Limited |
| TANYA HYDE'S TWISTED DREAMS | PA0000984581 | Private USA / Milcap Media Limited |
| THE BRIDE WORE BLACK (PRIVATE VIDEO DELUXE 9) | PA0001003431 | Private USA / Milcap Media Limited |
| THE GIGOLO | | Private USA / Milcap Media Limited |
| URANUS EXPERIMENT 2 | PA0000956742 | Private USA / Milcap Media Limited |
| URANUS EXPERIMENT 3 | PA0000776170 | Private USA / Milcap Media Limited |
| XXX NO 1 | PA0000948440 | Private USA / Milcap Media Limited |
| XXX NO 10 | PA0001009998 | Private USA / Milcap Media Limited |
| XXX NO 2 | PA0000948432 | Private USA / Milcap Media Limited |
| XXX NO 3 | PA0000956748 | Private USA / Milcap Media Limited |
| XXX NO 4 | PA0000776171 | Private USA / Milcap Media Limited |
| XXX NO 5 | PA0000984664 | Private USA / Milcap Media Limited |
| XXX NO 6 | PA0000984596 | Private USA / Milcap Media Limited |
| XXX NO 7 | PA0000990710 | Private USA / Milcap Media Limited |
| XXX NO 8 | PA0000990708 | Private USA / Milcap Media Limited |
| XXX NO 9 | PA0001001578 | Private USA / Milcap Media Limited |
| ZODIAC | PA0000956743 | Private USA / Milcap Media Limited |
| GAIA 1 - LES OBSTACLES DE L'AMOUR | PA0000926222 | Private USA / Milcap Publishing Group |
| GAIA 2 - IRRESISTIBLE SILVIE | PA0000926226 | Private USA / Milcap Publishing Group |
| GAIA 3 - WEEKEND IN BOLOGNA | PA0000926221 | Private USA / Milcap Publishing Group |
| PRIVATE BIG PACK 1 | PA0000897220 | Private USA / Milcap Publishing Group |

| Title | Registration | Owner |
|---|---|---|
| PRIVATE BIG PACK 2 | PA0000897013 | Private USA / Milcap Publishing Group |
| PRIVATE GOLD 5 - CAPE TOWN | PA0000926228 | Private USA / Milcap Publishing Group |
| PRIVATE GOLD 6 - CAPE TOWN 2 | PA0000926220 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 10 | PA0000897066 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 11 | PA0000897217 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 12 | PA0000897219 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 13 | PA0000897221 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 14 | PA0000897076 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 15 | PA0000897068 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 16 | PA0000897218 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 17 | PA0000897069 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 18 | PA0000897071 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 19 | PA0000897012 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 20 | PA0000897073 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 21 | PA0000897072 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 22 | PA0000897075 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 23 | PA0000897067 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 24 | PA0000897077 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 25 | PA0000897070 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 7 | PA0000897074 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 8 | PA0000897215 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 9 | PA0000897078 | Private USA / Milcap Publishing Group |
| A STUDY IN SEX (PRIVATE GOLD 1) | PA0000792710 | Odyssey Group Video / Milcap Publishing |
| APOCALYPSE CLIMAX (PRIVATE FILM 25) | PA0000792705 | Odyssey Group Video / Milcap Publishing |
| APOCALYPSE CLIMAX 2 - THE FINAL ECSTASY | PA0000799688 | Odyssey Group Video / Milcap Publishing |
| ARROWHEAD | PA0000756047 | Odyssey Group Video / Milcap Publishing |
| GIGOLO 2 | PA0000799684 | Odyssey Group Video / Milcap Publishing |
| GIGOLO, THE (PRIVATE FILM 27) | PA0000792720 | Odyssey Group Video / Milcap Publishing |
| PRIVATE GOLD 2 | PA0000799686 | Odyssey Group Video / Milcap Publishing |
| PRIVATE GOLD 3 - THE CHASE | PA0000792711 | Odyssey Group Video / Milcap Publishing |
| PRIVATE GOLD 4 - AMAZONAS | PA0000792714 | Odyssey Group Video / Milcap Publishing |
| PRIVATE STORIES 1 | PA0000799690 | Odyssey Group Video / Milcap Publishing |
| PRIVATE VIDEO MAGAZINE 22 | PA0000756042 | Odyssey Group Video / Milcap Publishing |
| PRIVATE VIDEO MAGAZINE 23 | PA0000756050 | Odyssey Group Video / Milcap Publishing |
| PRIVATE VIDEO MAGAZINE 24 | PA0000756048 | Odyssey Group Video / Milcap Publishing |
| PRIVATE VIDEO MAGAZINE 26 | PA0000792707 | Odyssey Group Video / Milcap Publishing |
| SAMBA THE BRAZILIAN CONNECTION | PA0000756046 | Odyssey Group Video / Milcap Publishing |
| TOWER 3 | PA0000756044 | Odyssey Group Video / Milcap Publishing |
| TRIPLE X NO. 1 | PA0000756051 | Odyssey Group Video / Milcap Publishing |
| TRIPLE X NO. 2 | PA0000756052 | Odyssey Group Video / Milcap Publishing |
| TRIPLE X NO. 3 | PA0000792701 | Odyssey Group Video / Milcap Publishing |
| TRIPLE X NO. 4 | PA0000792718 | Odyssey Group Video / Milcap Publishing |
| TRIPLE X NO. 5 | PA0000792722 | Odyssey Group Video / Milcap Publishing |
| TRIPLE X NO. 6 | PA0000798925 | Odyssey Group Video / Milcap Publishing |
| TRIPLE X NO. 7 | PA0000792702 | Odyssey Group Video / Milcap Publishing |
| TRIPLE X NO. 8 | PA0000792713 | Odyssey Group Video / Milcap Publishing |
| TRIPLE X NO. 9 | PA0000792690 | Odyssey Group Video / Milcap Publishing |

*With my signature affixed below, I, Jason Tucker, an authorized representative of Fraserside IP LLC, declare under penalty of perjury that this information and accompanying documents are a true and correct copy of the original document.*

*[signature]*

Jason Simon Tucker

Email: JTucker@private.com