## Assignment of Copyright and Common Law Copyright Rights

Whereas, Fraserside Holdings Limited (Assignor), a corporation organized under the laws of Cyprus, located and doing business at Office 1002, 10ᵗʰ Floor, Nicolaou Pentadromos Centre, Thessalonikis Street, 3025 Limassol, Cyprus, is the owner of the following U.S. Copyrights, listed below, are registered in the United States (collectively the "Copyrights");

Whereas, FraserSide IP LLC (Assignee), a Limited Liability Company organized under the laws of the State of Iowa, doing business at 837 Central Avenue, Northwood, Iowa, is wholly owned by Fraserside Holdings Limited; and

Whereas Fraserside Holdings Limited. desires to transfer and FraserSide IP LLC desires to acquire all of Assignor's rights in and to the United States Copyrights, common law copyrights and the goodwill symbolized thereby;

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor hereby sells, assigns, transfers and conveys to Assignee all of its right, title, and interest in and to the Copyrights, together with the goodwill of the business associated with the Copyrights, the same to be held and enjoyed by Assignee, its successors, assigns, and other legal representatives.

Assignor further assigns to Assignee all right to sue for and receive all damages accruing from past infringements of the Copyrights herein assigned.

Assignor represents it is the legal owner of all right, title and interest in and to the Copyrights and has the right to assign the Copyrights and that there are no pending legal proceedings impairing the transferability of the Copyrights.

These Assignments shall be binding upon the parties, their successors and/or assigns, and all others acting by, through, with or under their direction, and all those in privity therewith.

The parties agree to take any further action and execute any documents required to effect the purposes of this Assignment.


Fraserside Holdings Limited

BY: _____

Suzanne Kalogreades

Title:   Director


Dated: 08.11.10


FraserSide IP LLC

BY: _____

James Moran

Title:   Authorized signer


Dated: 8ᵗʰ November 2010

| Title | Reg # | Holder (Claimaint / Author) |
|---|---|---|
| A Taste of Pleasure | PA0001674267 | Fraserside Holdings Limited |
| Anal Freedom | PA0001674266 | Fraserside Holdings Limited |
| Anal Lolitas | PA0001670894 | Fraserside Holdings Limited |
| ALL YOU NEED IS SEX | PA0001670900 | Fraserside Holdings Limited |
| ANAL FREEDOM | PA0001674266 | Fraserside Holdings Limited |
| ANAL LOLITAS | PA0001670894 | Fraserside Holdings Limited |
| ANAL MERMAIDS | PA0001670905 | Fraserside Holdings Limited |
| ART CORE | PA0001674499 | Fraserside Holdings Limited |
| BEAUTIES IN THE TROPIX | PA0001674265 | Fraserside Holdings Limited |
| BILLIONAIRE | PA0001674263 | Fraserside Holdings Limited |
| CANNES | | Fraserside Holdings Limited |
| CARIBBEAN DREAM | PA000167089B | Fraserside Holdings Limited |
| CARIBBEAN VACATION | PA0001677489 | Fraserside Holdings Limited |
| CLEOPATRA | PA0001676455 | Fraserside Holdings Limited |
| COMING OF AGE | PA0001674262 | Fraserside Holdings Limited |
| DANGEROUS CURVES | PA0001675596 | Fraserside Holdings Limited |
| DANGEROUS THINGS | PA0001675595 | Fraserside Holdings Limited |
| DANGEROUS THINGS 2 | PA0001675595 | Fraserside Holdings Limited |
| DOMINATRIX CHESS GAMBIT | PA0001670899 | Fraserside Holdings Limited |
| FATAL ORCHID 2 | PA0001675598 | Fraserside Holdings Limited |
| FORBIDDEN GAMES | PA0001677516 | Fraserside Holdings Limited |
| FROM BEHIND IS OK | PA0001670896 | Fraserside Holdings Limited |
| GIRLS OF DESIRE | PA0001670895 | Fraserside Holdings Limited |
| GLADIATOR | PA0001674249 | Fraserside Holdings Limited |
| GLADIATOR II - IN THE CITY OF LUST | PA0001674246 | Fraserside Holdings Limited |
| GLADIATOR III - SEXUAL CONQUEST | PA0001674245 | Fraserside Holdings Limited |
| GUNS AND ROUGH SEX | PA0001670901 | Fraserside Holdings Limited |
| HOUSE OF LOVE | PA0001675697 | Fraserside Holdings Limited |



| Title | Registration | Holder |
|---|---|---|
| IBIZA SEX PARTY 5 | PA0001674244 | Fraserside Holdings Limited |
| LADY OF THE RINGS | PA0001673381 | Fraserside Holdings Limited |
| LUST TREASURES NO 5 | PA0001674243 | Fraserside Holdings Limited |
| LUST TREASURES NO 8 | PA0001674247 | Fraserside Holdings Limited |
| LUST TREASURES NO 9 | PA0001674248 | Fraserside Holdings Limited |
| MILLIONAIRE | PA0001674271 | Fraserside Holdings Limited |
| MILLIONAIRE II | PA0001674272 | Fraserside Holdings Limited |
| OPEN INVITATION: A REAL SWINGERS PARTY IN SAN FRANCISCO | PA0001689245 | Fraserside Holdings Limited |
| OPEN LEGS OPEN MINDS | | Fraserside Holdings Limited |
| PAINTBALL WARRIORS | PA0001675815 | Fraserside Holdings Limited |
| PARADISE ISLAND | PA0001677513 | Fraserside Holdings Limited |
| PIRATE FETISH MACHINE - THE FETISH GARDEN | PA0001674498 | Fraserside Holdings Limited |
| PORN WARS | | |
| PORNOLYMPICS | PA0001670614 | Fraserside Holdings Limited |
| PRIVATE CASTINGS | | |
| PRIVATE CASTINGS - AMAZING SCREAMS 8 | | |
| PRIVATE CASTINGS 35 | | |
| PRIVATE CASTINGS 64 | | |
| PRIVATE LIFE OF ANGELIKA | PA0001690103 | Fraserside Holdings Limited |
| PRIVATE LIFE OF JENNIFER LOVE VOL 2 | PA0001690102 | Fraserside Holdings Limited |
| PRIVATE LIFE OF MANDY BRIGHT | PA0001690101 | Fraserside Holdings Limited |
| PRIVATE STORIES 14 - SEX DREAM | PA0001682800 | Fraserside Holdings Limited |
| PRIVATE STORIES 15 - FOREST NYMPH | PA0001674481 | Fraserside Holdings Limited |
| PRIVATE STORIES 3 | PA0000792706 | |
| PRIVATE STORIES 4 | PA0000792717 | |
| PRIVATE STORIES 5 | PA0000792708 | |
| PRIVATE STORIES 6 | PA0000792715 | |
| PRIVATE STORIES 9 - BLUE GIRLS | PA0001674476 | Fraserside Holdings Limited |



| | | |
|---|---|---|
| PRIVATE STORY OF BOBBI EDEN | PA0001674274 | Fraserside Holdings Limited |
| PRIVATE STORY OF SARAH O'NEAL | PA0001674275 | Fraserside Holdings Limited |
| PSYCHOPORN | PA0001670904 | Fraserside Holdings Limited |
| SEX & REVENGE | PA0001673421 | Fraserside Holdings Limited |
| SEX & REVENGE 2 | PA0001674465 | Fraserside Holdings Limited |
| SEX REBELS | PA0001675398 | Fraserside Holdings Limited |
| SEX THRILLER | PA0001673428 | Fraserside Holdings Limited |
| SEX, LIES & INTERNET | PA0001673407 | Fraserside Holdings Limited |
| SEX, LUST & VIDEO-TAPES (PRIVATE XXX) | PA0001675399 | Fraserside Holdings Limited |
| SEXY BUSINESS | PA0001672445 | Fraserside Holdings Limited |
| SPREAD MY LIPS | PA0001670902 | Fraserside Holdings Limited |
| TASTE OF PLEASURE | PA0001674267 | Fraserside Holdings Limited |
| TENERIFE | PA0001670897 | Fraserside Holdings Limited |
| THE SEX BUS | | |
| TOP SEX | PA0001670903 | Fraserside Holdings Limited |
| TOTAL DESIRE | PA0001674480 | Fraserside Holdings Limited |
| TROPICAL HEAT | PA0001677518 | Fraserside Holdings Limited |
| TROPICAL TWINS | PA0001670893 | Fraserside Holdings Limited |

TWO COCKS IN THE SAME HOLE (PRIVATE SPECIAL EDITION 17) PA0000990714

WHAT WET BITCHES!

WHORES LOVE TO SWALLOW

WITCH BITCH

WITHOUT LIMITS

WITHOUT LIMITS 2

| | | |
|---|---|---|
| XXX - CHAIN REACTION | PA0001674566 | Fraserside Holdings Limited |
| XXX 08 | PA0001674472 | Fraserside Holdings Limited |
| XXX 09 | PA0001674469 | Fraserside Holdings Limited |
| XXX 18 - WET DREAMS | PA0001674270 | Fraserside Holdings Limited |
| XXX NO 10 | PA0001674484 | Fraserside Holdings Limited |



| | | |
|---|---|---|
| XXX NO 11 - HIGH LEVEL SEX | PA0001674495 | Fraserside Holdings Limited |
| XXX NO 15 | PA0001674474 | Fraserside Holdings Limited |
| XXX NO 17 - SEX KITTENS | PA0001674467 | Fraserside Holdings Limited |
| YOUR TIME IS UP | PA0001674269 | Fraserside Holdings Limited |