### Transfer of Trademarks and Common Law Trademark Rights

Whereas, CINE CRAFT LIMITED (Seller), a corporation organized under the laws of the United Kingdom, located and doing business at 3 Bell Lane Gibraltar, is the owner of the following U.S. Trademarks, listed below, are registered in the United States (collectively the "Trademarks") and visual image marks as listed below (collectively the "Works");

Whereas, FRASERSIDE IP LLC (Buyer), a Limited Liability Company organized under the laws of the State of Iowa, doing business at 837 Central Avenue, Northwood, Iowa; and

Whereas Cine Craft Limited desires to transfer and FraserSide IP LLC desires to acquire all of Seller's rights in and to the United States Trademarks and visual image marks, common law trademarks and the goodwill symbolized thereby;

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller hereby sells, assigns, transfers and conveys to Buyer all of its right, title, and interest in and to the Trademarks and visual image marks, together with the goodwill of the business associated with the Works, the same to be held and enjoyed by Buyer, its successors, assigns, and other legal representatives.

Seller further conveys to Buyer all right to sue for and receive all damages accruing from past infringements of the Works herein assigned.

Seller represents it is the legal owner of all right, title and interest in and to the Works and has the right to sell the Works and that there are no pending legal proceedings impairing the transferability of the Works.

These Assignments shall be binding upon the parties, their successors and/or assigns, and all others acting by, through, with or under their direction, and all those in privity therewith.

The parties agree to take any further action and execute any documents required to effect the purposes of this Assignment.

| CINE CRAFT LIMITED | FRASERSIDE IP LLC |
|---|---|
| BY: /s/ | BY: /s/ |
| Title: Authorized Signatory | Title: Authorized Signatory |
| Dated: 02/07/2011 | Dated: 02/07/2011 |

**WORKS**

1. Word Mark PRIVATE MEDIA GROUP, INC.
   Mark Drawing Code (4) STANDARD CHARACTER MARK
   Serial Number 85084291

2. Word Mark EMAG
   Mark Drawing Code (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM
   Serial Number 78975722

3. Word Mark PRIVATE TO OWN
   Mark Drawing Code (4) STANDARD CHARACTER MARK
   Serial Number 78958877
   Registration Number 3540412

4. Word Mark P
   Mark Drawing Code (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS
   Serial Number 78725894
   Registration Number 3501850

5. Word Mark PRIVATE FANTASY
   Mark Drawing Code (4) STANDARD CHARACTER MARK
   Serial Number 78534384
   Registration Number 3216363

6. Trademark Search Facility Classification Code HUM Accurate representation of a human form, or any portion of a human form
   Mark Drawing Code (2) DESIGN ONLY
   Serial Number 78529711
   Registration Number 3389749

7. Word Mark PRIVATE BLUE
   Mark Drawing Code (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM
   Serial Number 78467295
   Registration Number 3198038

8. Word Mark PRIVATE GIRLS
   Mark Drawing Code (4) STANDARD CHARACTER MARK
   Serial Number 78461398
   Registration Number 3219371

9. Word Mark PRIVATE GOLD
   Mark Drawing Code (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM
   Serial Number 78461387
   Registration Number 3188677

10. Word Mark PRIVATE
    Mark Drawing Code (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM
    Serial Number 78290612
    Registration Number 3121422

11. Word Mark THE PRIVATE LIFE OF
    Serial Number 75812217
    Registration Number 2875138

12. Word Mark PIRATE
    Mark Drawing Code (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM
    Serial Number 75927272
    Registration Number 3137445

13. Word Mark     PRIVATE
    Mark Drawing Code (1) TYPED DRAWING
    Serial Number 75486289
    Registration Number 2443667

14. Word Mark PRIVATE INTERNATIONAL
    Mark Drawing Code (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM
    Serial Number 74418220
    Registration Number 2201568

15. Word Mark PRIVATE
    Mark Drawing Code (1) TYPED DRAWING
    Serial Number 72462280
    Registration Number 1014957