Chad Belville IA Bar 015731
304 East Beth Drive
Phoenix, AZ 85042
602-904-5485
FAX 602-297-6953
cbelville@azbar.org
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC,<br>    An Iowa Limited Liability Company<br><br>vs.<br><br><br><br>Roland Waterweg, dba www.eskimotube.com<br>and dba www.tjoob.com and www.eskimotube.com<br>and www.tjoob.com and John Does 1 – 100 and<br>John Doe Companies 1-100 | No. 11-cv-03043-MWB<br><br><br>MOTION FOR LEAVE TO FILE<br>OVER LENGTH BRIEF FOR<br>RESISTANCE TO MOTION TO<br>DISMISS |

COMES NOW Plaintiffs Fraserside IP LLC, by and through its counsel, Chad Belville, Pursuant to Local Rule 7(h), and Moves the Court for Leave to file a brief in excess of the twenty (20) page limit imposed by LR 7(h) in support of it Resistance to Motion to Dismiss.

The arguments here are nearly identical to arguments in 3:11-cv-03005 MWB and 11-cv-03025 MWB, involving different Defendants but the same legal counsel. Plaintiffs Fraserside IP LLC brought this suit alleging that Defendants have engaged in illegal and tortious infringement of Plaintiffs' United States intellectual property rights. Defendants, in lieu of filing an Answer to

the Complaint, have filed a Motion to Dismiss. In its motion, Defendant raises two primary arguments, each of which must be addressed by Plaintiff in its response.

Defendants are an alien entity, claiming that this Court does not have jurisdiction over them. Plaintiffs' brief addresses the issues brought forth by Defendant as well as sub-issues not raised by Defendant but related to its alien status. These sub-issues require additional arguments and additional pages to complete the brief.

Plaintiff's brief reproduces paragraphs from the Complaint and other documents filed in this case; sections of law; and certain excerpts from cited cases. Plaintiff's brief could be shortened by integrating these by reference, but including them in the brief itself rather than requiring the Court to refer to a separate document is intended for efficiency.

Plaintiff's brief is 30 pages long. Excluding the Caption page, Table of Contents and Table of Authorities, and Signature Pages it is 24 pages long. Compared to the enormous amount of material submitted by Defendant in its Motion to Dismiss, this Brief appears to efficiently address the issues presented without delving into unnecessary areas.

Plaintiff asserts the over length brief is as concise as the issues briefed reasonably permit, and addresses only the particular facts and legal issues under consideration.

In light of these assertions, Plaintiffs respectfully request the Court's Leave to File a Brief in Support of Resistance to Defendant's Motion to Dismiss with ten (10) extra pages, inclusive of Caption, Table of Contents, and signature pages, for a total of thirty-five (30) pages.

Date: November 18, 2011								Respectfully submitted,


								By:	/s/ Chad L. Belville

									Chad L. Belville
									cbelville@azbar.org
									Chad Belville, Attorney at Law
									Attorney for Plaintiff
									Iowa Bar # 015731

Physical Address						304 East Beth Drive
								Phoenix, AZ 85042

MAILING ADDRESS:						P.O. Box 17879
								Phoenix, AZ 85066

								Telephone: 602-904-5485
								FAX: 602-297-6953
								E-mail cbelville@azbar.org
								ATTORNEY FOR PLAINTIFF


				Certificate of Service


I, Chad Belville, Attorney for Plaintiff, hereby certify that on November 18, 2011 a copy of this Motion was served upon the Attorneys for Defendants, listed as Connie M. Alt, Jennifer Rinden, Valentin Gurvits, and Evan Fray-Witzer, through the Courts Electronic Case Filing System.


				/s/ Chad L. Belville