

Search for more

# tjoob.com (http://tjoob.com)

Tjoob.com

This site is **unclaimed**. **Claim this Site (/siteowners/claim?site=tjoob.com)**

## Statistics Summary for tjoob.com

Tjoob.com's three-month global Alexa traffic rank is 9,356. Relative to the overall population of internet users, the site's users are disproportionately male, and they tend to be childless,... **Show More (#)**

| Alexa Traffic Rank | | Reputation | |
|---|---|---|---|
| 🌐 9,356<br>Global Rank | 🇺🇸 5,016<br>Rank in **US (/topsites/countries/US)** | **291 (/site/linksin/tjoob.com)**<br>Sites Linking In | **none Star (/write/review/tjoob.com)**<br>(No reviews yet) |

- Traffic Stats
- Search Analytics
- Audience
- Contact Info
- Reviews
- Related Links
- Clickstream

**No contact information available.**

## Whois

Who is tjoob.com? Whois lookup at **GoDaddy (http://who.godaddy.com/WhoIs.aspx?domain=tjoob.com&isc=ALEXADOM)** .


Featured Alexa Site Tools

 **(/siteaudit/)**

**Site Audit (/siteaudit/)** If you want to improve your SEO techniques, increase your organic search tr



Case 3:11-cv-03043-MWB   Document 14-3   Filed 11/18/11   Page 1 of 11

complete site analytics tag coverage, this tool is for you.

 (/toolbar-creator/)

**Toolbar Creator (/toolbar-creator/)** Generate your own custom toolbar and promote it to your visitors to increase engagement and generate more frequent visits to your site.

 (/siteowners/edit)

**Edit Your Listing (/siteowners/edit)** Update your listing on Alexa, including your site description, contact information, and more.

 (/siteowners/)

**View All (/siteowners/)** Access all of Alexa's Site Tools.

**Write a Review (/write/review/tjoob.com)**

# Review Summary for tjoob.com

No Stars
(based on reviews)

No reviews, be the first to write a review!

**Write a Review (/write/review/tjoob.com)**

Featured Alexa Site Tools

 (/siteaudit/)

**Site Audit (/siteaudit/)** If you want to improve your SEO techniques, increase your organic search traffic, and ensure complete site analytics tag coverage, this tool is for you.

 (/toolbar-creator/)



**Toolbar Creator (/toolbar-creator/)** Generate your own custom toolbar and promote it to your visitors to increase engagement and generate more frequent visits to your site.

 **(/siteowners/edit)**

**Edit Your Listing (/siteowners/edit)** Update your listing on Alexa, including your site description, contact information, and more.

 **(/siteowners/)**

**View All (/siteowners/)** Access all of Alexa's Site Tools.

Learn more about **Related Links (/faqs/?cat=13)** .

Sites relevant to tjoob.com visitors and their interests.

## If you like tjoob.com you may also like:

- 1
  **Lola Girlfriends - Slutty young girlfriends exposed (/siteinfo/lolagirlfriends.com)**

- 2
  **KuntFuTube.com : : Streaming Asian Videos! (/siteinfo/kuntfutube.com)**
    - **Keywords shared by kuntfutube.com:** tjoob, tokyo hot v473, pornstar futanari, gwen asian, pregnant sistas password
- 3
  **Fuckteamfive.com (/siteinfo/fuckteamfive.com)**
    - **Keywords shared by fuckteamfive.com:** fuck team 5, fuck team five, team fuck five, fuckteamfive, fuck team
- 4
  **EPORNER.COM - Full Free Porn - Sex, Porno, Porn Tube, Free XXX Porn : Free porn movies (/siteinfo/eporner.com)**
    - **Keywords shared by eporner.com:** ashli orion pov, sabrinita hd, nice brunette sandy, amira hazine, kina kai creampie

## Sites with similar names to tjoob.com:

- 1
  **tjoos.com (/siteinfo/tjoos.com)**

- 2
  **tjoos.com.au (/siteinfo/tjoos.com.au)**

- 3
  **tjoos.co.uk (/siteinfo/tjoos.co.uk)**

- 4
  **tjoogle.com** (/siteinfo/tjoogle.com)

- 5
  **tjoozey.com** (/siteinfo/tjoozey.com)

- 6
  **maktoob.com** (/siteinfo/maktoob.com)

- 7
  **cloob.com** (/siteinfo/cloob.com)

- 8
  **zorgloob.com** (/siteinfo/zorgloob.com)

- 9
  **almsloob.com** (/siteinfo/almsloob.com)

# Audience Demographics for Tjoob.com

Relative to **the general internet population** how popular is tjoob.com with each audience below?

**Age**

18-24
25-34
35-44
45-54
55-64
65+

**Education**

No College
Some College
College
Graduate School

**Gender**

Male
Female

**Has Children**

Yes
No

**Browsing Location**

home



Case 3:11-cv-03043-MWB   Document 14-3   Filed 11/18/11   Page 4 of 11

school
work

## Advanced Demographics for tjoob.com

Audience breakdown by income, ethnicity, age, education, gender, children and browsing location.

- **Age (#)**
- **Education (#)**
- **Gender (#)**
- **Has Children (#)**
- **Browsing Location (#)**
- **Income (#)**
- **Ethnicity (#)**

tjoob.com
18-24
25-34
35-44
45-54
55-64
65+
lolagirlfriends.com
18-24
25-34
35-44
45-54
55-64
65+
kuntfutube.com
18-24
25-34
35-44
45-54
55-64
65+
fuckteamfive.com
18-24
25-34
35-44
45-54
55-64
65+
eporner.com
18-24
25-34
35-44
45-54



Case 3:11-cv-03043-MWB   Document 14-3   Filed 11/18/11   Page 5 of 11

55-64
65+
Compare **tjoob.com** to:

lolagirlfriends.com    kuntfutube.com    fuckteamfive.com    eporner.com



## Visitors by Country for Tjoob.com

Country

Percent of Visitors

 **United States (/topsites/countries/US)**

40.9%

 **Japan (/topsites/countries/JP)**

5.6%

 **Germany (/topsites/countries/DE)**

4.3%

 **Canada (/topsites/countries/CA)**

4.1%

 **Mexico (/topsites/countries/MX)**

3.9%

 **France (/topsites/countries/FR)**

3.8%

 **United Kingdom (/topsites/countries/GB)**

3.0%

 **Malaysia (/topsites/countries/MY)**

3.0%

 **India (/topsites/countries/IN)**

2.3%



Case 3:11-cv-03043-MWB   Document 14-3   Filed 11/18/11   Page 6 of 11

- **Ireland (/topsites/countries/IE)**
  
  2.2%

- **France (/topsites/countries/FR)**
  
  3.8%

- **United Kingdom (/topsites/countries/GB)**
  
  3.0%

- **Malaysia (/topsites/countries/MY)**
  
  3.0%

- **India (/topsites/countries/IN)**
  
  2.3%

- **Ireland (/topsites/countries/IE)**
  
  2.2%

- **Italy (/topsites/countries/IT)**
  
  2.1%

- **Singapore (/topsites/countries/SG)**
  
  1.7%

- **Spain (/topsites/countries/ES)**
  
  1.6%

- **Russia (/topsites/countries/RU)**
  
  1.3%

- **Indonesia (/topsites/countries/ID)**
  
  1.1%

- **Egypt (/topsites/countries/EG)**
  
  1.0%

- **Norway (/topsites/countries/NO)**
  
  1.0%

- **Australia (/topsites/countries/AU)**
  
  0.9%

- **Belgium (/topsites/countries/BE)**

Take Our Survey

0.8%

**Slovenia (/topsites/countries/SI)**

0.8%

**Brazil (/topsites/countries/BR)**

0.8%

**Netherlands (/topsites/countries/NL)**

0.8%

**Pakistan (/topsites/countries/PK)**

0.7%

**Portugal (/topsites/countries/PT)**

0.6%

**Algeria (/topsites/countries/DZ)**

0.5%

**Romania (/topsites/countries/RO)**

0.5%

**Sri Lanka (/topsites/countries/LK)**

0.5%

**OTHER (/topsites/countries/O)**

10.2%

**View Plans and Pricing (/pro/subscription)**



Case 3:11-cv-03043-MWB   Document 14-3   Filed 11/18/11   Page 8 of 11



## High Impact Search Queries for Tjoob.com

| | Query | Impact |
|---|---|---|
| 1 | eskimotube | High |
| 2 | eskimo tube | High |
| 3 | ashlyn rae creampie | Medium |
| 4 | nudevista | Medium |
| 5 | http://www.tjoob.com | Low |
| 6 | bella blaze anal | Low |
| 7 | t joob | Low |

**View the complete Search Analytics**

Case 3:11-cv-03043-MWB   Document 14-3   Filed 11/18/11   Page 9 of 11



## Top Search Queries for Tjoob.com

| | Query | P |
|---|---|---|
| 1 | tjoob | 16.46% |
| 2 | eskimotube | 1.73% |
| 3 | eskimo tube | 1.11% |
| 4 | tjoob.com | 0.84% |
| 5 | eskimo tube katsuni | 0.84% |
| 6 | tjoobs | 0.60% |
| 7 | ashlyn rae creampie | 0.24% |

**View the complete Search Analytics**



**Wayback Machine**

**See how Tjoob.com looked in the past**

Like tjoob.com? **Download the Alexa toolbar** and access exclusive analytics content.   

Case 3:11-cv-03043-MWB   Document 14-3   Filed 11/18/11   Page 10 of 11

© Alexa Internet, Inc.

An amazon.com company

Case 3:11-cv-03043-MWB   Document 14-3   Filed 11/18/11   Page 11 of 11