

Office 1002, 10th floor, Nicolaou Pentadromos Centre
Thessalonikis Street
3025 Limassol - Cyprus

## Transfer of Copyright and Common Law Copyright Rights

Whereas, Fraserside Holdings Limited (Seller), a corporation organized under the laws of Cyprus, located and doing business at Office 1002, 10th Floor, Nicolaou Pentadromos Centre, Thessalonikis Street, 3025 Limassol, Cyprus, is the owner of the following U.S. Copyrights, listed below, are registered in the United States (collectively the "Copyrights");

Whereas, FraserSide IP LLC (Buyer), a Limited Liability Company organized under the laws of the State of Iowa, doing business at 837 Central Avenue, Northwood, Iowa; and

Whereas Fraserside Holdings Limited desires to transfer and FraserSide IP LLC desires to acquire all of Assignor's rights in and to the United States Copyrights, common law copyrights and the goodwill symbolized thereby;

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller hereby sells, assigns, transfers and conveys to Buyer all of its right, title, and interest in and to the Copyrights, together with the goodwill of the business associated with the Copyrights, the same to be held and enjoyed by Buyer, its successors, assigns, and other legal representatives.

Seller further conveys to Buyer all right to sue for and receive all damages accruing from past infringements of the Copyrights herein assigned.

Seller represents it is the legal owner of all right, title and interest in and to the Copyrights and has the right to sell the Copyrights and that there are no pending legal proceedings impairing the transferability of the Copyrights.

These Assignments shall be binding upon the parties, their successors and/or assigns, and all others acting by, through, with or under their direction, and all those in privity therewith.

The parties agree to take any further action and execute any documents required to effect the purposes of this Assignment.

Fraserside Holdings Limited                          FraserSide IP LLC

BY: _____                BY: _____

Title: DIRECTOR                                         Title: AUTHORIZED SIGNATORY

Dated: 12/08/2010                                      Dated: 12/08/2010

Case 3:11-cv-03043-MWB   Document 14-5   Filed 11/18/11   Page 1 of 15

| Title | Reg # | Holder (Claimaint / Author) |
|---|---|---|
| A Taste of Pleasure | PA0001674267 | Fraserside Holdings Limited |
| Anal Freedom | PA0001674266 | Fraserside Holdings Limited |
| Anal Lolitas | PA0001670894 | Fraserside Holdings Limited |
| ALL YOU NEED IS SEX | PA0001670900 | Fraserside Holdings Limited |
| ANAL FREEDOM | PA0001674266 | Fraserside Holdings Limited |
| ANAL LOLITAS | PA0001670894 | Fraserside Holdings Limited |
| ANAL MERMAIDS | PA0001670905 | Fraserside Holdings Limited |
| ART CORE | PA0001674499 | Fraserside Holdings Limited |
| BEAUTIES IN THE TROPIX | PA0001674265 | Fraserside Holdings Limited |
| BILLIONAIRE | PA0001674263 | Fraserside Holdings Limited |
| CANNES | | Fraserside Holdings Limited |
| CARIBBEAN DREAM | PA0001670898 | Fraserside Holdings Limited |
| CARIBBEAN VACATION | PA0001677489 | Fraserside Holdings Limited |
| CLEOPATRA | PA0001676455 | Fraserside Holdings Limited |
| COMING OF AGE | PA0001674262 | Fraserside Holdings Limited |
| DANGEROUS CURVES | PA0001675596 | Fraserside Holdings Limited |
| DANGEROUS THINGS | PA0001675595 | Fraserside Holdings Limited |
| DANGEROUS THINGS 2 | PA0001675595 | Fraserside Holdings Limited |
| DOMINATRIX CHESS GAMBIT | PA0001670899 | Fraserside Holdings Limited |
| FATAL ORCHID 2 | PA0001675598 | Fraserside Holdings Limited |
| FORBIDDEN GAMES | PA0001677516 | Fraserside Holdings Limited |
| FROM BEHIND IS OK | PA0001670896 | Fraserside Holdings Limited |
| GIRLS OF DESIRE | PA0001670895 | Fraserside Holdings Limited |
| GLADIATOR | PA0001674249 | Fraserside Holdings Limited |
| GLADIATOR II - IN THE CITY OF LUST | PA0001674246 | Fraserside Holdings Limited |

| Title | Registration | Owner |
|---|---|---|
| GLADIATOR III - SEXUAL CONQUEST | PA0001674245 | Fraserside Holdings Limited |
| GUNS AND ROUGH SEX | PA0001670901 | Fraserside Holdings Limited |
| HOUSE OF LOVE | PA0001675697 | Fraserside Holdings Limited |
| IBIZA SEX PARTY 5 | PA0001674244 | Fraserside Holdings Limited |
| LADY OF THE RINGS | PA0001673381 | Fraserside Holdings Limited |
| LUST TREASURES NO 5 | PA0001674243 | Fraserside Holdings Limited |
| LUST TREASURES NO 8 | PA0001674247 | Fraserside Holdings Limited |
| LUST TREASURES NO 9 | PA0001674248 | Fraserside Holdings Limited |
| MILLIONAIRE | PA0001674271 | Fraserside Holdings Limited |
| MILLIONAIRE II | PA0001674272 | Fraserside Holdings Limited |
| OPEN INVITATION: A REAL SWINGERS PARTY IN SAN FRANCISCO | PA0001689245 | Fraserside Holdings Limited |
| OPEN LEGS OPEN MINDS | | Fraserside Holdings Limited |
| PAINTBALL WARRIORS | PA0001675815 | Fraserside Holdings Limited |
| PARADISE ISLAND | PA0001677513 | Fraserside Holdings Limited |
| PIRATE FETISH MACHINE - THE FETISH GARDEN | PA0001674498 | Fraserside Holdings Limited |
| PORN WARS | | Fraserside Holdings Limited |
| PORNOLYMPICS | PA0001670614 | Fraserside Holdings Limited |
| PRIVATE LIFE OF ANGELIKA | PA0001690103 | Fraserside Holdings Limited |
| PRIVATE LIFE OF JENNIFER LOVE VOL 2 | PA0001690102 | Fraserside Holdings Limited |
| PRIVATE LIFE OF MANDY BRIGHT | PA0001690101 | Fraserside Holdings Limited |
| PRIVATE STORIES 14 - SEX DREAM | PA0001682800 | Fraserside Holdings Limited |
| PRIVATE STORIES 15 - FOREST NYMPH | PA0001674481 | Fraserside Holdings Limited |
| PRIVATE STORIES 3 | PA0000792706 | Fraserside Holdings Limited |
| PRIVATE STORIES 4 | PA0000792717 | Fraserside Holdings Limited |
| PRIVATE STORIES 5 | PA0000792708 | Fraserside Holdings Limited |

| Title | Registration | Owner |
|---|---|---|
| PRIVATE STORIES 6 | PA0000792715 | Fraserside Holdings Limited |
| PRIVATE STORIES 9 - BLUE GIRLS | PA0001674476 | Fraserside Holdings Limited |
| PRIVATE STORY OF BOBBI EDEN | PA0001674274 | Fraserside Holdings Limited |
| PRIVATE STORY OF SARAH O'NEAL | PA0001674275 | Fraserside Holdings Limited |
| PSYCHOPORN | PA0001670904 | Fraserside Holdings Limited |
| SEX & REVENGE | PA0001673421 | Fraserside Holdings Limited |
| SEX & REVENGE 2 | PA0001674465 | Fraserside Holdings Limited |
| SEX REBELS | PA0001675398 | Fraserside Holdings Limited |
| SEX THRILLER | PA0001673428 | Fraserside Holdings Limited |
| SEX, LIES & INTERNET | PA0001673407 | Fraserside Holdings Limited |
| SEX, LUST & VIDEO-TAPES (PRIVATE XXX) | PA0001675399 | Fraserside Holdings Limited |
| SEXY BUSINESS | PA0001672445 | Fraserside Holdings Limited |
| SPREAD MY LIPS | PA0001670902 | Fraserside Holdings Limited |
| TASTE OF PLEASURE | PA0001674267 | Fraserside Holdings Limited |
| TENERIFE | PA0001670897 | Fraserside Holdings Limited |
| THE SEX BUS | | Fraserside Holdings Limited |
| TOP SEX | PA0001670903 | Fraserside Holdings Limited |
| TOTAL DESIRE | PA0001674480 | Fraserside Holdings Limited |
| TROPICAL HEAT | PA0001677518 | Fraserside Holdings Limited |
| TROPICAL TWINS | PA0001670893 | Fraserside Holdings Limited |
| TWO COCKS IN THE SAME HOLE (PRIVATE SPECIAL EDITION 17) | PA0000990714 | |
| WHAT WET BITCHES! | | Fraserside Holdings Limited |
| WHORES LOVE TO SWALLOW | | Fraserside Holdings Limited |
| WITCH BITCH | | Fraserside Holdings Limited |
| WITHOUT LIMITS | | Fraserside Holdings Limited |
| WITHOUT LIMITS 2 | | Fraserside Holdings Limited |

| | | |
|---|---|---|
| XXX - CHAIN REACTION | PA0001674566 | Fraserside Holdings Limited |
| XXX 08 | PA0001674472 | Fraserside Holdings Limited |
| XXX 09 | PA0001674469 | Fraserside Holdings Limited |
| XXX 18 - WET DREAMS | PA0001674270 | Fraserside Holdings Limited |
| XXX NO 10 | PA0001674484 | Fraserside Holdings Limited |
| XXX NO 11 - HIGH LEVEL SEX | PA0001674495 | Fraserside Holdings Limited |
| XXX NO 15 | PA0001674474 | Fraserside Holdings Limited |
| XXX NO 17 - SEX KITTENS | PA0001674467 | Fraserside Holdings Limited |
| YOUR TIME IS UP | PA0001674269 | Fraserside Holdings Limited |

*With my signature affixed below, I, Jason Tucker, an authorized representative of Fraserside IP LLC, declare under penalty of perjury that this information and accompanying documents are a true and correct copy of the original document. Executed on*

_____

Jason Simon Tucker

Email: JTucker@private.com



# PRIVATE
## MEDIA GROUP, INC.
### Sale of Copyright and Common Law Copyright Rights

Whereas, Milcap Media Limited, Milcap Publishing Group, a corporation organized under the laws of Cyprus, located and doing business at Office 1002, 10th Floor, Nicolaou Pentadromos Centre, Thessalonikis Street, 3025 Limassol, Cyprus and Private USA (collectively the "Seller"), is the owner of the following U.S. Copyrights, listed below, are registered in the United States (collectively the "Copyrights");

Whereas, FraserSide IP LLC (Buyer), a Limited Liability Company organized under the laws of the State of Iowa, doing business at 837 Central Avenue, Northwood, Iowa; and

Whereas Seller desires to transfer and FraserSide IP LLC desires to acquire all of Assignor's rights in and to the United States Copyrights, common law copyrights and the goodwill symbolized thereby;

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller hereby sells, assigns, transfers and conveys to Buyer all of its right, title, and interest in and to the Copyrights, together with the goodwill of the business associated with the Copyrights, the same to be held and enjoyed by Buyer, its successors, assigns, and other legal representatives.

Seller further conveys to Buyer all right to sue for and receive all damages accruing from past infringements of the Copyrights herein assigned.

Seller represents it is the legal owner of all right, title and interest in and to the Copyrights and has the right to sell the Copyrights and that there are no pending legal proceedings impairing the transferability of the Copyrights.

These Assignments shall be binding upon the parties, their successors and/or assigns, and all others acting by, through, with or under their direction, and all those in privity therewith.

The parties agree to take any further action and execute any documents required to effect the purposes of this Assignment.

Milcap Media Limited  
Milcap Publishing Group  
Private USA  
BY: [signature]  
Title: Authorized Signatory  
Dated: 12/08/2010

FraserSide IP LLC  
BY: [signature]  
Title: Authorized Signatory  
Dated: 12/08/2010

Transfer of Copyright and Common Law Copyright Rights

Case 3:11-cv-03043-MWB   Document 14-5   Filed 11/18/11   Page 6 of 15

| TITLE | REGISTRATION # | REGISTRANT |
|---|---|---|
| AMANDA'S DIARY 4 | PA0000956750 | Private USA / Milcap Media Limited |
| AMANDA'S DIARY 5 | PA0000956747 | Private USA / Milcap Media Limited |
| BLONDES ON FIRE (PRIVATE SPECIAL EDITION 18) | PA0000990728 | Private USA / Milcap Media Limited |
| CALL GIRL | PA0000990729 | Private USA / Milcap Media Limited |
| CUM SHOT DELUXE NO 2 | PA0000984600 | Private USA / Milcap Media Limited |
| DANGEROUS THINGS - PRIVATE/PENTHOUSE MOVIE 3 | PA0001001601 | Private USA / Milcap Media Limited |
| DANGEROUS THINGS 2 - PRIVATE/PENTHOUSE MOVIE 4 | PA0001020248 | Private USA / Milcap Media Limited |
| DOMESTIC AFFAIRS | PA0000984595 | Private USA / Milcap Media Limited |
| DOUBLE CONFUSION | PA0000984593 | Private USA / Milcap Media Limited |
| FASHION - PRIVATE/PENTHOUSE MOVIES 2 | PA0001003424 | Private USA / Milcap Media Limited |
| FETISH THERAPY | PA0000776233 | Private USA / Milcap Media Limited |
| GAIA 5 | PA0001044971 | Private USA / Milcap Media Limited |
| GAIA 6 | PA0001044966 | Private USA / Milcap Media Limited |
| HELL, WHORES AND HIGH HEELS (PRIVATE VIDEO DELUXE 10) | PA0001001580 | Private USA / Milcap Media Limited |
| HORNY HOUSEWIVES 1 | PA0000776241 | Private USA / Milcap Media Limited |
| HORNY HOUSEWIVES 2 | PA0000776248 | Private USA / Milcap Media Limited |
| HORNY HOUSEWIVES 3 | PA0000984660 | Private USA / Milcap Media Limited |
| HORNY HOUSEWIVES 4 | PA0000984579 | Private USA / Milcap Media Limited |
| HORNY HOUSEWIVES 6 | PA0000990706 | Private USA / Milcap Media Limited |
| HORNY HOUSEWIVES 7 | PA0001003423 | Private USA / Milcap Media Limited |
| HORNY HOUSEWIVES 8 | PA0001001581 | Private USA / Milcap Media Limited |
| HORNY HOUSEWIVES 9 | PA0001020246 | Private USA / Milcap Media Limited |
| HOUSE OF LOVE - PRIVATE GOLD 40 | PA0000990722 | Private USA / Milcap Media Limited |
| MATADOR | PA0000984665 | Private USA / Milcap Media Limited |
| MATADOR 2 | PA0000984575 | Private USA / Milcap Media Limited |
| MATADOR 3 | PA0000990723 | Private USA / Milcap Media Limited |
| MATADOR 4 | PA0000990707 | Private USA / Milcap Media Limited |
| MATADOR 5 - SEX TRIP | PA0001003434 | Private USA / Milcap Media Limited |
| MATADOR 6 - DIRTY MEN AT WORK | PA0001001603 | Private USA / Milcap Media Limited |
| MATADOR 7 | PA0001020244 | Private USA / Milcap Media Limited |
| MY FIRST TIME | PA0000956744 | Private USA / Milcap Media Limited |
| NIKKI ANDERSSON THE STORY | PA0000956746 | Private USA / Milcap Media Limited |
| PEEPSHOW SPECIAL 1 | PA0000955893 | Private USA / Milcap Media Limited |
| PEEPSHOW SPECIAL 10 | PA0001009999 | Private USA / Milcap Media Limited |
| PEEPSHOW SPECIAL 2 | PA0000948429 | Private USA / Milcap Media Limited |
| PEEPSHOW SPECIAL 3 | PA0000956745 | Private USA / Milcap Media Limited |
| PEEPSHOW SPECIAL 4 | PA0000776118 | Private USA / Milcap Media Limited |
| PEEPSHOW SPECIAL 5 | PA0000984658 | Private USA / Milcap Media Limited |
| PEEPSHOW SPECIAL 6 | PA0000984592 | Private USA / Milcap Media Limited |
| PEEPSHOW SPECIAL 7 | PA0000990709 | Private USA / Milcap Media Limited |
| PEEPSHOW SPECIAL 8 | PA0000990703 | Private USA / Milcap Media Limited |
| PEEPSHOW SPECIAL 9 | PA0001001602 | Private USA / Milcap Media Limited |
| PIRATE VIDEO DELUXE 11 | PA0001020245 | Private USA / Milcap Media Limited |
| PIRATE VIDEO DELUXE 7 - TANYA HYDE'S LONDON CALLING | PA0000990727 | Private USA / Milcap Media Limited |
| PIRATE VIDEO DELUXE 8 | PA0000990701 | Private USA / Milcap Media Limited |
| PRIVATE BLACK LABEL 10 | PA0000984599 | Private USA / Milcap Media Limited |

| Title | Registration # | Owner |
|---|---|---|
| PRIVATE BLACK LABEL 11 | PA0000990705 | Private USA / Milcap Media Limited |
| PRIVATE BLACK LABEL 12 – JULIA | PA0000990720 | Private USA / Milcap Media Limited |
| PRIVATE BLACK LABEL 13 - VIRTUAL SEX | PA0001001582 | Private USA / Milcap Media Limited |
| PRIVATE BLACK LABEL 14 – ERICA | PA0001010005 | Private USA / Milcap Media Limited |
| PRIVATE BLACK LABEL 9 - SEX SHOT | PA0000984659 | Private USA / Milcap Media Limited |
| PRIVATE CASTINGS 21 | PA0000990711 | Private USA / Milcap Media Limited |
| PRIVATE GEOGRAPHIC | PA0000785464 | Private USA / Milcap Media Limited |
| PRIVATE GOLD 32 - LETAL INFORMATION | PA0001044972 | Private USA / Milcap Media Limited |
| PRIVATE GOLD 38 - NETWORK - | PA0000984661 | Private USA / Milcap Media Limited |
| PRIVATE GOLD 41 – MADNESS | PA0000990719 | Private USA / Milcap Media Limited |
| PRIVATE GOLD 42 - MADNESS 2 | PA0001003430 | Private USA / Milcap Media Limited |
| PRIVATE GOLD 43 - NO SUN, NO FUN | PA0001001585 | Private USA / Milcap Media Limited |
| PRIVATE GOLD 44 – RIVIERA | PA0001020247 | Private USA / Milcap Media Limited |
| PRIVATE SPECIAL EDITION 19 - PRIVATE BACKSTAGE | PA0001003435 | Private USA / Milcap Media Limited |
| PRIVATE SPECIAL EDITION 21 | PA0001020243 | Private USA / Milcap Media Limited |
| RUBBER KISS | PA0000776235 | Private USA / Milcap Media Limited |
| SEX SLIDER - PRIVATE MOVIES 1 | PA0000984688 | Private USA / Milcap Media Limited |
| SEX THERAPY | PA0000776242 | Private USA / Milcap Media Limited |
| SEX THERAPY 2 | PA0000776243 | Private USA / Milcap Media Limited |
| SOLID GOLD 1 | PA0000948460 | Private USA / Milcap Media Limited |
| SOLID GOLD 2 | PA0000948439 | Private USA / Milcap Media Limited |
| START YOUR ENGINES (PRIVATE SPECIAL EDITION 20) | PA0001001583 | Private USA / Milcap Media Limited |
| STORY NO 2 - TANIA RUSSOF | PA0000976223 | Private USA / Milcap Media Limited |
| SUPER FUCKERS 1 | PA0000984594 | Private USA / Milcap Media Limited |
| SUPER FUCKERS 2 | PA0000990734 | Private USA / Milcap Media Limited |
| SUPER FUCKERS 3 | PA0000990712 | Private USA / Milcap Media Limited |
| SUPER FUCKERS 4 | PA0001001579 | Private USA / Milcap Media Limited |
| SUPER FUCKERS 5 | PA0001010004 | Private USA / Milcap Media Limited |
| SUPER FUCKERS SPECIAL EDITION | PA0000990730 | Private USA / Milcap Media Limited |
| TANYA HYDE'S TWISTED DREAMS | PA0000984581 | Private USA / Milcap Media Limited |
| THE BRIDE WORE BLACK (PRIVATE VIDEO DELUXE 9) | PA0001003431 | Private USA / Milcap Media Limited |
| THE GIGOLO | | Private USA / Milcap Media Limited |
| URANUS EXPERIMENT 2 | PA0000956742 | Private USA / Milcap Media Limited |
| URANUS EXPERIMENT 3 | PA0000776170 | Private USA / Milcap Media Limited |
| XXX NO 1 | PA0000948440 | Private USA / Milcap Media Limited |
| XXX NO 10 | PA0001009998 | Private USA / Milcap Media Limited |
| XXX NO 2 | PA0000948432 | Private USA / Milcap Media Limited |
| XXX NO 3 | PA0000956748 | Private USA / Milcap Media Limited |
| XXX NO 4 | PA0000776171 | Private USA / Milcap Media Limited |
| XXX NO 5 | PA0000984664 | Private USA / Milcap Media Limited |
| XXX NO 6 | PA0000984596 | Private USA / Milcap Media Limited |
| XXX NO 7 | PA0000990710 | Private USA / Milcap Media Limited |
| XXX NO 8 | PA0000990708 | Private USA / Milcap Media Limited |
| XXX NO 9 | PA0001001578 | Private USA / Milcap Media Limited |
| ZODIAC | PA0000956743 | Private USA / Milcap Media Limited |
| GAIA 1 - LES OBSTACLES DE L'AMOUR | PA0000926222 | Private USA / Milcap Publishing Group |
| GAIA 2 - IRRESISTIBLE SILVIE | PA0000926226 | Private USA / Milcap Publishing Group |
| GAIA 3 - WEEKEND IN BOLOGNA | PA0000926221 | Private USA / Milcap Publishing Group |
| PRIVATE BIG PACK 1 | PA0000897220 | Private USA / Milcap Publishing Group |

| Title | Registration | Owner |
|---|---|---|
| PRIVATE BIG PACK 2 | PA0000897013 | Private USA / Milcap Publishing Group |
| PRIVATE GOLD 5 - CAPE TOWN | PA0000926228 | Private USA / Milcap Publishing Group |
| PRIVATE GOLD 6 - CAPE TOWN 2 | PA0000926220 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 10 | PA0000897066 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 11 | PA0000897217 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 12 | PA0000897219 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 13 | PA0000897221 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 14 | PA0000897076 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 15 | PA0000897068 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 16 | PA0000897218 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 17 | PA0000897069 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 18 | PA0000897071 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 19 | PA0000897012 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 20 | PA0000897073 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 21 | PA0000897072 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 22 | PA0000897075 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 23 | PA0000897067 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 24 | PA0000897077 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 25 | PA0000897070 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 7 | PA0000897074 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 8 | PA0000897215 | Private USA / Milcap Publishing Group |
| PRIVATE STORIES 9 | PA0000897078 | Private USA / Milcap Publishing Group |
| A STUDY IN SEX (PRIVATE GOLD 1) | PA0000792710 | Odyssey Group Video / Milcap Publishing |
| APOCALYPSE CLIMAX (PRIVATE FILM 25) | PA0000792705 | Odyssey Group Video / Milcap Publishing |
| APOCALYPSE CLIMAX 2 - THE FINAL ECSTASY | PA0000799688 | Odyssey Group Video / Milcap Publishing |
| ARROWHEAD | PA0000756047 | Odyssey Group Video / Milcap Publishing |
| GIGOLO 2 | PA0000799684 | Odyssey Group Video / Milcap Publishing |
| GIGOLO, THE (PRIVATE FILM 27) | PA0000792720 | Odyssey Group Video / Milcap Publishing |
| PRIVATE GOLD 2 | PA0000799686 | Odyssey Group Video / Milcap Publishing |
| PRIVATE GOLD 3 - THE CHASE | PA0000792711 | Odyssey Group Video / Milcap Publishing |
| PRIVATE GOLD 4 - AMAZONAS | PA0000792714 | Odyssey Group Video / Milcap Publishing |
| PRIVATE STORIES 1 | PA0000799690 | Odyssey Group Video / Milcap Publishing |
| PRIVATE VIDEO MAGAZINE 22 | PA0000756042 | Odyssey Group Video / Milcap Publishing |
| PRIVATE VIDEO MAGAZINE 23 | PA0000756050 | Odyssey Group Video / Milcap Publishing |
| PRIVATE VIDEO MAGAZINE 24 | PA0000756048 | Odyssey Group Video / Milcap Publishing |
| PRIVATE VIDEO MAGAZINE 26 | PA0000792707 | Odyssey Group Video / Milcap Publishing |
| SAMBA THE BRAZILIAN CONNECTION | PA0000756046 | Odyssey Group Video / Milcap Publishing |
| TOWER 3 | PA0000756044 | Odyssey Group Video / Milcap Publishing |
| TRIPLE X NO. 1 | PA0000756051 | Odyssey Group Video / Milcap Publishing |
| TRIPLE X NO. 2 | PA0000756052 | Odyssey Group Video / Milcap Publishing |
| TRIPLE X NO. 3 | PA0000792701 | Odyssey Group Video / Milcap Publishing |
| TRIPLE X NO. 4 | PA0000792718 | Odyssey Group Video / Milcap Publishing |
| TRIPLE X NO. 5 | PA0000792722 | Odyssey Group Video / Milcap Publishing |
| TRIPLE X NO. 6 | PA0000798925 | Odyssey Group Video / Milcap Publishing |
| TRIPLE X NO. 7 | PA0000792702 | Odyssey Group Video / Milcap Publishing |
| TRIPLE X NO. 8 | PA0000792713 | Odyssey Group Video / Milcap Publishing |
| TRIPLE X NO. 9 | PA0000792690 | Odyssey Group Video / Milcap Publishing |

*With my signature affixed below, I, Jason Tucker, an authorized representative of Fraserside IP LLC, declare under penalty of perjury that this information and accompanying documents are a true and correct copy of the original document.*

Jason Simon Tucker

Email: JTucker@private.com

Transfer of Copyright and Common Law Copyright Rights　　　　5 of 5

## Assignment of Copyright and Common Law Copyright Rights

Whereas, Fraserside Holdings Limited (Assignor), a corporation organized under the laws of Cyprus, located and doing business at Office 1002, 10th Floor, Nicolaou Pentadromos Centre, Thessalonikis Street, 3025 Limassol, Cyprus, is the owner of the following U.S. Copyrights, listed below, are registered in the United States (collectively the "Copyrights");

Whereas, FraserSide IP LLC (Assignee), a Limited Liability Company organized under the laws of the State of Iowa, doing business at 837 Central Avenue, Northwood, Iowa, is wholly owned by Fraserside Holdings Limited; and

Whereas Fraserside Holdings Limited. desires to transfer and FraserSide IP LLC desires to acquire all of Assignor's rights in and to the United States Copyrights, common law copyrights and the goodwill symbolized thereby;

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor hereby sells, assigns, transfers and conveys to Assignee all of its right, title, and interest in and to the Copyrights, together with the goodwill of the business associated with the Copyrights, the same to be held and enjoyed by Assignee, its successors, assigns, and other legal representatives.

Assignor further assigns to Assignee all right to sue for and receive all damages accruing from past infringements of the Copyrights herein assigned.

Assignor represents it is the legal owner of all right, title and interest in and to the Copyrights and has the right to assign the Copyrights and that there are no pending legal proceedings impairing the transferability of the Copyrights.

These Assignments shall be binding upon the parties, their successors and/or assigns, and all others acting by, through, with or under their direction, and all those in privity therewith.

The parties agree to take any further action and execute any documents required to effect the purposes of this Assignment.

Fraserside Holdings Limited

BY: _____
Suzanne Kalogreades

Title: Director

Dated: 08.11.10

FraserSide IP LLC

BY: _____
James Moran

Title: Authorized signer

Dated: 8th November 2010

| Title | Reg # | Holder (Claimant / Author) |
|---|---|---|
| A Taste of Pleasure | PA0001674267 | Fraserside Holdings Limited |
| Anal Freedom | PA0001674266 | Fraserside Holdings Limited |
| Anal Lolitas | PA0001670894 | Fraserside Holdings Limited |
| ALL YOU NEED IS SEX | PA0001670900 | Fraserside Holdings Limited |
| ANAL FREEDOM | PA0001674266 | Fraserside Holdings Limited |
| ANAL LOLITAS | PA0001670894 | Fraserside Holdings Limited |
| ANAL MERMAIDS | PA0001670905 | Fraserside Holdings Limited |
| ART CORE | PA0001674499 | Fraserside Holdings Limited |
| BEAUTIES IN THE TROPIX | PA0001674265 | Fraserside Holdings Limited |
| BILLIONAIRE | PA0001674263 | Fraserside Holdings Limited |
| CANNES | | Fraserside Holdings Limited |
| CARIBBEAN DREAM | PA0001670898 | Fraserside Holdings Limited |
| CARIBBEAN VACATION | PA0001677489 | Fraserside Holdings Limited |
| CLEOPATRA | PA0001676455 | Fraserside Holdings Limited |
| COMING OF AGE | PA0001674262 | Fraserside Holdings Limited |
| DANGEROUS CURVES | PA0001675596 | Fraserside Holdings Limited |
| DANGEROUS THINGS | PA0001675595 | Fraserside Holdings Limited |
| DANGEROUS THINGS 2 | PA0001675595 | Fraserside Holdings Limited |
| DOMINATRIX CHESS GAMBIT | PA0001670899 | Fraserside Holdings Limited |
| FATAL ORCHID 2 | PA0001675598 | Fraserside Holdings Limited |
| FORBIDDEN GAMES | PA0001677516 | Fraserside Holdings Limited |
| FROM BEHIND IS OK | PA0001670896 | Fraserside Holdings Limited |
| GIRLS OF DESIRE | PA0001670895 | Fraserside Holdings Limited |
| GLADIATOR | PA0001674249 | Fraserside Holdings Limited |
| GLADIATOR II - IN THE CITY OF LUST | PA0001674246 | Fraserside Holdings Limited |
| GLADIATOR III - SEXUAL CONQUEST | PA0001674245 | Fraserside Holdings Limited |
| GUNS AND ROUGH SEX | PA0001670901 | Fraserside Holdings Limited |
| HOUSE OF LOVE | PA0001675697 | Fraserside Holdings Limited |



| Title | Registration | Owner |
|---|---|---|
| IBIZA SEX PARTY 5 | PA0001674244 | Fraserside Holdings Limited |
| LADY OF THE RINGS | PA0001673381 | Fraserside Holdings Limited |
| LUST TREASURES NO 5 | PA0001674243 | Fraserside Holdings Limited |
| LUST TREASURES NO 8 | PA0001674247 | Fraserside Holdings Limited |
| LUST TREASURES NO 9 | PA0001674248 | Fraserside Holdings Limited |
| MILLIONAIRE | PA0001674271 | Fraserside Holdings Limited |
| MILLIONAIRE II | PA0001674272 | Fraserside Holdings Limited |
| OPEN INVITATION: A REAL SWINGERS PARTY IN SAN FRANCISCO | PA0001689245 | Fraserside Holdings Limited |
| OPEN LEGS OPEN MINDS | | Fraserside Holdings Limited |
| PAINTBALL WARRIORS | PA0001675815 | Fraserside Holdings Limited |
| PARADISE ISLAND | PA0001677513 | Fraserside Holdings Limited |
| PIRATE FETISH MACHINE - THE FETISH GARDEN | PA0001674498 | Fraserside Holdings Limited |
| PORN WARS | | |
| PORNOLYMPICS | PA0001670614 | Fraserside Holdings Limited |
| PRIVATE CASTINGS | | |
| PRIVATE CASTINGS - AMAZING SCREAMS 8 | | |
| PRIVATE CASTINGS 35 | | |
| PRIVATE CASTINGS 64 | | |
| PRIVATE LIFE OF ANGELIKA | PA0001690103 | Fraserside Holdings Limited |
| PRIVATE LIFE OF JENNIFER LOVE VOL 2 | PA0001690102 | Fraserside Holdings Limited |
| PRIVATE LIFE OF MANDY BRIGHT | PA0001690101 | Fraserside Holdings Limited |
| PRIVATE STORIES 14 - SEX DREAM | PA0001682800 | Fraserside Holdings Limited |
| PRIVATE STORIES 15 - FOREST NYMPH | PA0001674481 | Fraserside Holdings Limited |
| PRIVATE STORIES 3 | PA0000792706 | |
| PRIVATE STORIES 4 | PA0000792717 | |
| PRIVATE STORIES 5 | PA0000792708 | |
| PRIVATE STORIES 6 | PA0000792715 | |
| PRIVATE STORIES 9 - BLUE GIRLS | PA0001674476 | Fraserside Holdings Limited |



Case 3:11-cv-03043-MWB   Document 14-5   Filed 11/18/11   Page 13 of 15

| Title | Registration | Owner |
|---|---|---|
| PRIVATE STORY OF BOBBI EDEN | PA0001674274 | Fraserside Holdings Limited |
| PRIVATE STORY OF SARAH O'NEAL | PA0001674275 | Fraserside Holdings Limited |
| PSYCHOPORN | PA0001670904 | Fraserside Holdings Limited |
| SEX & REVENGE | PA0001673421 | Fraserside Holdings Limited |
| SEX & REVENGE 2 | PA0001674465 | Fraserside Holdings Limited |
| SEX REBELS | PA0001675398 | Fraserside Holdings Limited |
| SEX THRILLER | PA0001673428 | Fraserside Holdings Limited |
| SEX, LIES & INTERNET | PA0001673407 | Fraserside Holdings Limited |
| SEX, LUST & VIDEO-TAPES (PRIVATE XXX) | PA0001675399 | Fraserside Holdings Limited |
| SEXY BUSINESS | PA0001672445 | Fraserside Holdings Limited |
| SPREAD MY LIPS | PA0001670902 | Fraserside Holdings Limited |
| TASTE OF PLEASURE | PA0001674267 | Fraserside Holdings Limited |
| TENERIFE | PA0001670897 | Fraserside Holdings Limited |
| THE SEX BUS | | |
| TOP SEX | PA0001670903 | Fraserside Holdings Limited |
| TOTAL DESIRE | PA0001674480 | Fraserside Holdings Limited |
| TROPICAL HEAT | PA0001677518 | Fraserside Holdings Limited |
| TROPICAL TWINS | PA0001670893 | Fraserside Holdings Limited |
| TWO COCKS IN THE SAME HOLE (PRIVATE SPECIAL EDITION 17) | PA0000990714 | |
| WHAT WET BITCHES! | | |
| WHORES LOVE TO SWALLOW | | |
| WITCH BITCH | | |
| WITHOUT LIMITS | | |
| WITHOUT LIMITS 2 | | |
| XXX - CHAIN REACTION | PA0001674566 | Fraserside Holdings Limited |
| XXX 08 | PA0001674472 | Fraserside Holdings Limited |
| XXX 09 | PA0001674469 | Fraserside Holdings Limited |
| XXX 18 - WET DREAMS | PA0001674270 | Fraserside Holdings Limited |
| XXX NO 10 | PA0001674484 | Fraserside Holdings Limited |

| | | |
|---|---|---|
| XXX NO 11 - HIGH LEVEL SEX | PA0001674495 | Fraserside Holdings Limited |
| XXX NO 15 | PA0001674474 | Fraserside Holdings Limited |
| XXX NO 17 - SEX KITTENS | PA0001674467 | Fraserside Holdings Limited |
| YOUR TIME IS UP | PA0001674269 | Fraserside Holdings Limited |