

## UNITED STATES PATENT AND TRADEMARK OFFICE

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

SEPTEMBER 14, 2011

PTAS

JASON TUCKER
FRASERSIDE IP
837 CENTRAL AVENUE
NORTHWOOD, IA 50459



*700471217*

        UNITED STATES PATENT AND TRADEMARK OFFICE
       NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE.  A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE.  THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM.  IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 571-272-3350.
PLEASE SEND REQUEST FOR CORRECTION TO:  U.S. PATENT AND TRADEMARK OFFICE,
MAIL STOP: ASSIGNMENT SERVICES BRANCH, P.O. BOX 1450, ALEXANDRIA, VA 22313.

RECORDATION DATE: 08/25/2011          REEL/FRAME: 004622/0327
                                      NUMBER OF PAGES: 4

BRIEF: ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

ASSIGNOR:
   ONE CRAFT LIMITED                   DOC DATE: 02/07/2011
                                       CITIZENSHIP: NOT PROVIDED
                                       ENTITY: LIMITED PARTNERSHIP

ASSIGNEE:
   FRASERSIDE IP LLC                   CITIZENSHIP: IOWA
   837 CENTRAL AVENUE                  ENTITY: CORPORATION
   NORTHWOOD, IOWA 50459

P.O. Box 1450, Alexandria, Virginia 22313-1450 · www.uspto.gov

SERIAL NUMBER: 85084291          FILING DATE: 07/14/2010
REGISTRATION NUMBER:            ISSUE DATE:

MARK: PRIVATE MEDIA GROUP, INC.
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN BLOCK FORM

SERIAL NUMBER: 78975722          FILING DATE: 12/31/2002
REGISTRATION NUMBER:            ISSUE DATE:

MARK: EMAG
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

SERIAL NUMBER: 78958877          FILING DATE: 08/23/2006
REGISTRATION NUMBER: 3540412     ISSUE DATE: 12/02/2008

MARK: PRIVATE TO OWN
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN BLOCK FORM

SERIAL NUMBER: 78725894          FILING DATE: 10/04/2005
REGISTRATION NUMBER: 3501850     ISSUE DATE: 09/16/2008

MARK: P
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS AND DESIGN

SERIAL NUMBER: 78529711          FILING DATE: 12/09/2004
REGISTRATION NUMBER: 3389749     ISSUE DATE: 02/26/2008

MARK:
DRAWING TYPE: MISCELLANEOUS DESIGN

SERIAL NUMBER: 78534384          FILING DATE: 12/17/2004
REGISTRATION NUMBER: 3216363     ISSUE DATE: 03/06/2007

MARK: PRIVATE FANTASY
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN BLOCK FORM

SERIAL NUMBER: 78467295          FILING DATE: 08/13/2004
REGISTRATION NUMBER: 3198038     ISSUE DATE: 01/16/2007

MARK: PRIVATE BLUE
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

SERIAL NUMBER: 78461398        FILING DATE: 08/03/2004
REGISTRATION NUMBER: 3219371    ISSUE DATE: 03/20/2007

MARK: PRIVATE GIRLS
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN BLOCK FORM

SERIAL NUMBER: 78461387        FILING DATE: 08/03/2004
REGISTRATION NUMBER: 3188677    ISSUE DATE: 12/26/2006

MARK: PRIVATE GOLD
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

SERIAL NUMBER: 78290612        FILING DATE: 08/21/2003
REGISTRATION NUMBER: 3121422    ISSUE DATE: 07/25/2006

MARK: PRIVATE
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

SERIAL NUMBER: 75812217        FILING DATE: 09/30/1999
REGISTRATION NUMBER: 2875138    ISSUE DATE: 08/17/2004

MARK: THE PRIVATE LIFE OF
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

SERIAL NUMBER: 75927272        FILING DATE: 02/24/2000
REGISTRATION NUMBER: 3137445    ISSUE DATE: 09/05/2006

MARK: PIRATE
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

SERIAL NUMBER: 75486289        FILING DATE: 05/15/1998
REGISTRATION NUMBER: 2443667    ISSUE DATE: 04/17/2001

MARK: PRIVATE
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM

SERIAL NUMBER: 74418220        FILING DATE: 07/26/1993
REGISTRATION NUMBER: 2201568    ISSUE DATE: 11/03/1998

MARK: PRIVATE INTERNATIONAL
DRAWING TYPE: STYLIZED WORDS, LETTERS, OR NUMBERS

SERIAL NUMBER: 72462280        FILING DATE: 06/18/1973
REGISTRATION NUMBER: 1014957    ISSUE DATE: 07/01/1975

MARK: PRIVATE
DRAWING TYPE: WORDS, LETTERS, OR NUMBERS IN TYPED FORM


STEVEN POST, EXAMINER
ASSIGNMENT SERVICES BRANCH
PUBLIC RECORDS DIVISION

**09/13/2011**

08 / 700471217

Form PTO-1594 (Rev. 03-11)
OMB Collection 0651-0027 (exp. )

U.S. DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

8 | 25 | 11

|||||||||||| 103631486

HEET
Y

To the Director of the U. S. Pa...     ...hed documents or the new address(es) below.

| 1. Name of conveying party(ies): | 2. Name and address of receiving party(ies) |
|---|---|
| CINE CRAFT LIMITED | Additional names, addresses, or citizenship attached? ☐ Yes ☒ No |
| ☐ Individual(s)    ☐ Association | Name: FRASERSIDE IP LLC |
| ☐ General Partnership   ☒ Limited Partnership | Internal Address: |
| ☐ Corporation- State: | Street Address: 837 CENTRAL AVENUE |
| ☐ Other | City: NORTHWOOD |
| Citizenship (see guidelines) | State: IOWA |
| Additional names of conveying parties attached? ☐ Yes ☐ No | Country: USA       Zip: 50459 |

Received
AUG 25 2011
6th Floor

3. Nature of conveyance )/Execution Date(s):

Execution Date(s) 02/07/2011

☒ Assignment     ☐ Merger
☐ Security Agreement   ☐ Change of Name
☐ Other

☐ Association   Citizenship
☐ General Partnership   Citizenship
☐ Limited Partnership   Citizenship
☒ Corporation   Citizenship US / IOWA
☐ Other      Citizenship
If assignee is not domiciled in the United States, a domestic
representative designation is attached: ☐ Yes ☐ No
(Designations must be a separate document from assignment)

4. Application number(s) or registration number(s) and identification or description of the Trademark.

A. Trademark Application No.(s)       B. Trademark Registration No.(s)

Additional sheet(s) attached? ☒ Yes ☐ No

C. Identification or Description of Trademark(s) (and Filing Date if Application or Registration Number is unknown):

| 5. Name & address of party to whom correspondence concerning document should be mailed: | 6. Total number of applications and registrations involved: | 15 |
|---|---|---|
| Name: JASON TUCKER | 7. Total fee (37 CFR 2.6(b)(6) & 3.41) | $390.00 |
| Internal Address: FRASERSIDE IP | | |
| Street Address: 837 CENTRAL AVENUE | ☐ Authorized to be charged to deposit account ☒ Enclosed | |
| City: NORTHWOOD | 8. Payment Information: | |
| State: IOWA    Zip: 50459 | | |
| Phone Number: 1-562-343-1481 | Deposit Account Number | |
| Fax Number: | Authorized User Name | |
| Email Address: TUCKER@PRIVATE.COM |      02/11/2011 | |

| 9. Signature: | Signature | Date |
|---|---|---|
| | JASON TUCKER | |
| | Name of Person Signing | Total number of pages including cover sheet, attachments, and document   4 |

Documents to be recorded (including cover sheet) should be faxed to (571) 273-0140, or mailed to:
Mail Stop Assignment Recordation Services, Director of the USPTO, P.O. Box 1450, Alexandria, VA 22313-1450

## WORKS

1. Word Mark PRIVATE MEDIA GROUP, INC.
   Mark Drawing Code (4) STANDARD CHARACTER MARK
   Serial Number 85084291

2. Word Mark EMAG
   Mark Drawing Code (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM
   Serial Number 78975722

3. Word Mark PRIVATE TO OWN
   Mark Drawing Code (4) STANDARD CHARACTER MARK
   Serial Number 78958877
   Registration Number 3540412

4. Word Mark P
   Mark Drawing Code (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS
   Serial Number 78725894
   Registration Number 3501850

5. Word Mark PRIVATE FANTASY
   Mark Drawing Code (4) STANDARD CHARACTER MARK
   Serial Number 78534384
   Registration Number 3216363

6. Trademark Search Facility Classification Code HUM Accurate representation of a human form, or
   any portion of a human form
   Mark Drawing Code (2) DESIGN ONLY
   Serial Number 78529711
   Registration Number 3389749

7. Word Mark PRIVATE BLUE
   Mark Drawing Code (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM
   Serial Number 78467295
   Registration Number 3198038

8. Word Mark PRIVATE GIRLS
   Mark Drawing Code (4) STANDARD CHARACTER MARK
   Serial Number 78461398
   Registration Number 3219371

9. Word Mark PRIVATE GOLD
   Mark Drawing Code (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM
   Serial Number 78461387
   Registration Number 3188677

Transfer of Trademarks

2 of 3

10. Word Mark PRIVATE
    Mark Drawing Code (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM
    Serial Number 78290612
    Registration Number 3121422

11. Word Mark THE PRIVATE LIFE OF
    Serial Number 75812217
    Registration Number 2875138

12. Word Mark PIRATE
    Mark Drawing Code (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM
    Serial Number 75927272
    Registration Number 3137445

13. Word Mark     PRIVATE
    Mark Drawing Code (1) TYPED DRAWING
    Serial Number 75486289
    Registration Number 2443667

14. Word Mark PRIVATE INTERNATIONAL
    Mark Drawing Code (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM
    Serial Number 74418220
    Registration Number 2201568

15. Word Mark PRIVATE
    Mark Drawing Code (1) TYPED DRAWING
    Serial Number 72462280
    Registration Number 1014957

Transfer of Trademarks



5 of 5