

Thomas F. Kummer
Tel 702.792.3773
Fax 702.792.9002
kummert@gtlaw.com

November 8, 2011

**VIA ELECTRONIC MAIL**

Evan Fray-Witzer, Esq.
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA 09116
evan@cfwlegal.com

    Re:    *Fraserside IP v. Waterweg, et al.*

Dear Mr. Fray-Witzer:

    We have received copies of your Motion to Dismiss on behalf of Waterweg, et al. and wish to comment on your affidavit that was submitted in support thereof.

    When we conversed on October 14, 2011, we, as counsel for the Receiver, were unaware of the litigation that was pending in Iowa on behalf of Fraserside IP. In that call, we made the erroneous assumption that the Receiver was also not aware of the Iowa litigation, which in fact he was. We have since discussed the matter with Attorney Chad Belville and believe it is in the best interests of the company to proceed with the litigation.

                                          Best regards,

                                          GREENBERG TRAURIG, LLP

                                          Thomas F. Kummer

TFK/jeh

135357.010100 419,581,251 1 LV

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
3773 Howard Hughes Parkway ■ Suite 400 North ■ Las Vegas, NV 89169 ■ Tel 702.792.3773 ■ Fax 702.792.9002