IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP L.L.C., an Iowa Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>ROLAND WATERWEG, dba www.eskimotube.com and dba www.tjoob.com and JOHN DOES 1-100 and JOHN DOE COMPANIES 1-100,<br><br>Defendants. | No. C11-3043-MWB<br><br>**ORDER REGARDING PLAINTIFF'S MOTION TO FILE OVERLENGTH BRIEF IN SUPPORT OF RESISTANCE TO DEFENDANTS' MOTION TO DISMISS** |

_____

This case is before me on plaintiff Fraserside IP L.L.C.'s (Fraserside") Motion to File Overlength Brief in Support of Resistance to Motion to Dismiss (docket no. 14). For good cause shown, Fraserside's motion is granted. Plaintiff Fraserside is granted leave to file an overlength brief in support of its resistance to defendants' Motion to Dismiss. The Clerk of Court is directed to file the brief and supporting documents submitted with the motion.

**IT IS SO ORDERED.**

**DATED** this 18th day of November, 2011.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA