EXHIBIT A

Search for more

# eskimotube.com (http://eskimotube.com)

EskimoTube.com - Streaming Videos of - Pornstars And Centerfolds.

This site is **unclaimed**. **Claim this Site (/siteowners/claim?site=eskimotube.com)**

## Statistics Summary for eskimotube.com

Eskimotube.com is ranked #2,725 in the world according to the three-month Alexa traffic rankings. Approximately 2% of visits to it are referred by search engines. Visitors to the site spend... **Show More (#)**

| Alexa Traffic Rank | | Reputation | |
|---|---|---|---|
| 🌎 2,725<br>Global Rank | 🇺🇸 1,827<br>Rank in **US (/topsites/countries/US)** | **505 (/site/linksin/eskimotube.com)**<br>Sites Linking In | **none Star (/write/review/eskimotube.com)**<br>(No reviews yet) |

- Traffic Stats
- Search Analytics
- Audience
- Contact Info
- Reviews
- Related Links
- Clickstream

- **Traffic Rank (#rank)**
- **Reach (#reach)**
- **Pageviews (#pageviews)**
- **Pageviews/User (#pageviews_per_user)**
- **Bounce % (#bounce)**
- **Time on Site (#time_on_site)**
- **Search % (#search)**

Take Our Survey



Trailing 3 months

Traffic rank for eskimotube.com:

|  | Traffic Rank | Change |  |
|---|---|---|---|
| **Yesterday** | 2,300 | -1,300 | ⬆ |
| **7 day** | 3,299 | +6 | ⬇ |
| **1 month** | 3,440 | +785 | ⬇ |
| **3 month** | 2,725 | +625 | ⬇ |

Estimated percentage of global pageviews on eskimotube.com:

|  | Pageviews | Change |  |
|---|---|---|---|
| **Yesterday** | 0.00182 | +73% | ⬆ |
| **7 day** | 0.0013 | +2% | ⬆ |
| **1 month** | 0.001215 | -18.7% | ⬇ |
| **3 month** | 0.00143 | -26.2% | ⬇ |

Estimated percentage of global internet users who visit eskimotube.com:

|  | Reach | Change |  |
|---|---|---|---|
| **Yesterday** | 0.062 | +40% | ⬆ |
| **7 day** | 0.0447 | -0.9% | ⬇ |
| **1 month** | 0.0441 | -22% | ⬇ |
| **3 month** | 0.0554 | -22.7% | ⬇ |

Estimated percentage of visits to eskimotube.com that consist of a single pageview:

|  | Bounce % | Change |  |
|---|---|---|---|
| **Yesterday** | 66.5 | +8% | ⬆ |
| **7 day** | 61.5 | +7% | ⬆ |
| **1 month** | 59.3 | -1% | ⬇ |
| **3 month** | 59.6 | +14% | ⬆ |



Estimated daily unique pageviews per user for eskimotube.com:

| | Pageviews/User | Change | |
|---|---|---|---|
| **Yesterday** | 2.9 | +20% | ⬆ |
| **7 day** | 3.04 | +3% | ⬆ |
| **1 month** | 2.84 | +4% | ⬆ |
| **3 month** | 2.71 | -4.6% | ⬇ |

Estimated daily time on site (mm:ss) for eskimotube.com:

| | Time on Site | Change | |
|---|---|---|---|
| **Yesterday** | 02:39 | -1% | ⬇ |
| **7 day** | 03:02 | +1% | ⬆ |
| **1 month** | 02:53 | +7% | ⬆ |
| **3 month** | 02:43 | -5% | ⬇ |

Estimated percentage of visits to eskimotube.com that came from a search engine:

| | Search % | Change | |
|---|---|---|---|
| **Yesterday** | 2.1 | +11% | ⬆ |
| **7 day** | 1.9 | 0% | |
| **1 month** | 2.1 | +5% | ⬆ |
| **3 month** | 2.2 | +10% | ⬆ |

Compare **eskimotube.com** to:



Share this:  **(http://twitter.com /home?status=Check%20out%20Alexa's%20site%20info%20page%20for%20eskimotube.com%20http://www.alexa.com/siteinfo /eskimotube.com%23trafficstats)** **(http://www.alexa.com/siteinfo/eskimotube.com#trafficstats)**

   Learn more about **Alexa Traffic Stats (/help/traffic-learn-more)** .

# Average Load Time for Eskimotube.com

Slow (1.803 Seconds), 64% of sites are faster.

# Eskimotube.com's Regional Traffic Ranks

Country

Rank



**Finland** (/topsites/countries/FI)

1,143

**United States** (/topsites/countries/US)

1,827

**Egypt** (/topsites/countries/EG)

2,045

**Mexico** (/topsites/countries/MX)

2,352

**Netherlands** (/topsites/countries/NL)

2,451

**Colombia** (/topsites/countries/CO)

2,478

**Canada** (/topsites/countries/CA)

2,488

**United Kingdom** (/topsites/countries/GB)

2,602

**Algeria** (/topsites/countries/DZ)

2,611

**Indonesia** (/topsites/countries/ID)

2,659

**Belgium** (/topsites/countries/BE)

2,673

**Greece** (/topsites/countries/GR)

2,727

**Germany** (/topsites/countries/DE)

2,856

**France** (/topsites/countries/FR)

3,382

**Spain** (/topsites/countries/ES)

Take Our Survey

3,551

**South Korea (/topsites/countries/KR)**

3,725

**Sweden (/topsites/countries/SE)**

3,943

**Italy (/topsites/countries/IT)**

4,173

**Switzerland (/topsites/countries/CH)**

4,703

**Austria (/topsites/countries/AT)**

4,962

**Pakistan (/topsites/countries/PK)**

5,085

**Brazil (/topsites/countries/BR)**

5,309

**Australia (/topsites/countries/AU)**

5,854

**Poland (/topsites/countries/PL)**

7,999

**India (/topsites/countries/IN)**

9,522

**Russia (/topsites/countries/RU)**

22,474

**Japan (/topsites/countries/JP)**

26,937

More

# Where Visitors Go on Eskimotube.com

Subdomain

Percent of Visitors



eskimotube.com

99.35%

OTHER

%

# Audience Snapshot

# Top Search Queries for Eskimotube.com

Based on internet averages, eskimotube.com is visited more frequently by **males** who are in the age range **18-24**, have **no children**, received **some college** education and browse this site from **home**.

[Get complete site demographics. (#)](#)

| | Query | Percent of Search Traffic |
|---|---|---|
| 1 | eskimo tube | 18.10% |
| 2 | eskimotube | 10.89% |
| 3 | eskimo | 3.45% |
| 4 | nina hartley | 2.21% |
| 5 | eskiomtube | 1.96% |
| 6 | popiran | 1.45% |
| 7 | ice la fox | 1.30% |

[View the full Audience Profile (#)](#)

[View the complete Search Analytics (#)](#)

Featured Alexa Site Tools



**[(/siteaudit/)](#)**

[Site Audit (/siteaudit/)](#) If you want to improve your SEO techniques, increase your organic search traffic, and ensure complete site analytics tag coverage, this tool is for you.



**[(/toolbar-creator/)](#)**

[Toolbar Creator (/toolbar-creator/)](#) Generate your own custom toolbar and promote it to your visitors to increase engagement and generate more frequent visits to your site.

Take Our Survey



  **(/siteowners/edit)**

**Edit Your Listing (/siteowners/edit)** Update your listing on Alexa, including your site description, contact information, and more.



  **(/siteowners/)**

**View All (/siteowners/)** Access all of Alexa's Site Tools.

**No contact information available.**

# Whois

Who is eskimotube.com? Whois lookup at **GoDaddy (http://who.godaddy.com/WhoIs.aspx?domain=eskimotube.com& isc=ALEXADOM)** .

Featured Alexa Site Tools



  **(/siteaudit/)**

**Site Audit (/siteaudit/)** If you want to improve your SEO techniques, increase your organic search traffic, and ensure complete site analytics tag coverage, this tool is for you.



  **(/toolbar-creator/)**

**Toolbar Creator (/toolbar-creator/)** Generate your own custom toolbar and promote it to your visitors to increase engagement and generate more frequent visits to your site.



  **(/siteowners/edit)**

**Edit Your Listing (/siteowners/edit)** Update your listing on Alexa, including your site description, contact information, and more.



  **(/siteowners/)**



**View All (/siteowners/)** Access all of Alexa's Site Tools.



**Write a Review (/write/review/eskimotube.com)**

## Review Summary for eskimotube.com

No Stars
(based on reviews)

No reviews, be the first to write a review!

**Write a Review (/write/review/eskimotube.com)**

Featured Alexa Site Tools

  **(/siteaudit/)**

**Site Audit (/siteaudit/)** If you want to improve your SEO techniques, increase your organic search traffic, and ensure complete site analytics tag coverage, this tool is for you.

  **(/toolbar-creator/)**

**Toolbar Creator (/toolbar-creator/)** Generate your own custom toolbar and promote it to your visitors to increase engagement and generate more frequent visits to your site.

  **(/siteowners/edit)**

**Edit Your Listing (/siteowners/edit)** Update your listing on Alexa, including your site description, contact information, and more.

  **(/siteowners/)**

**View All (/siteowners/)** Access all of Alexa's Site Tools.

Learn more about **Related Links (/faqs/?cat=13)** .



Sites relevant to eskimotube.com visitors and their interests.

**If you like eskimotube.com you may also like:**

- 1
  **XMovie** (/siteinfo/xmovie.com)
  - **Keywords shared by xmovie.com:** camlila krabbe, julia gabbi, pinky stacie lane full, leah luv and kat stream, dont tell mommy 3
- 2
  **Wild Pornstars Free Pornstar Movies and Videos Clips** (/siteinfo/wild-pornstars.com)
  - **Keywords shared by wild-pornstars.com:** wild pornstars, wild pornstar, wildpornstars, wild porn stars, pornstars.com
- 3
  **VideosZ.com - Download Over 3,000 Adult Porn DVD Movies - High Definition And Streaming!** (/siteinfo/videosz.com)
  - **Keywords shared by videosz.com:** vicky vette, briana banks, ava devine, carmella bing, daisy marie
- 4
  **Porn Eskimo** (/siteinfo/porneskimo.com)
  - **Keywords shared by porneskimo.com:** dru berrymore skimo tube, eskimo porn, porn eskimo, porneskimo, dru berrymore eskimo tube
- 5
  **OVGuide - Online Video Guide** (/siteinfo/ovguide.com)
  - **Keywords shared by ovguide.com:** eskimo tube, eskimotube, nikki benz streaming, gianna michaels in eskimo striming vedios, nina hartley streaming
- 6
  **KuntFuTube.com : : Streaming Asian Videos!** (/siteinfo/kuntfutube.com)
  - **Keywords shared by kuntfutube.com:** max mikita, chelsea zinn interracial tube, lily thai tube, maria ozawa tube, tokyo hot v473
- 7
  **Girls Fucking Hard** (/siteinfo/girlsfuckinghard.com)
  - **Keywords shared by girlsfuckinghard.com:** dru berrymore skimo tub, brittany o'neil and kelly madison, lisa lee pornstar, janine lindemulder eskimo, eskimo porn
- 8
  **EskimosGalleries.com - Supor hot Pornstars in good mpeg movies.** (/siteinfo/eskimosgalleries.com)

- 9
  **BustNow - Tube Porn, Sex Tube, Free Porn Tube, XXX Tube** (/siteinfo/bustnow.com)
  - **Keywords shared by bustnow.com:** eskimo porn, dru berrymore skimo tub, codi bryant, eskimo tube, gia porn tube
- 10
  **Brazzersnetwork.com** (/siteinfo/brazzersnetwork.com)

# Audience Demographics for Eskimotube.com

Relative to **the general internet population** how popular is eskimotube.com with each audience below?

**Age**



Case 3:11-cv-03043-MWB   Document 16-1   Filed 11/21/11   Page 9 of 30

18-24
25-34
35-44
45-54
55-64
65+
**Education**

No College
Some College
College
Graduate School
**Gender**

Male
Female
**Has Children**

Yes
No
**Browsing Location**

home
school
work

# Advanced Demographics for eskimotube.com

Audience breakdown by income, ethnicity, age, education, gender, children and browsing location.

- **Age (#)**
- **Education (#)**
- **Gender (#)**
- **Has Children (#)**
- **Browsing Location (#)**
- **Income (#)**
- **Ethnicity (#)**

eskimotube.com
18-24
25-34
35-44
45-54
55-64
65+
No College
Some College
College
Graduate School



Case 3:11-cv-03043-MWB   Document 16-1   Filed 11/21/11   Page 10 of 30

Male
Female
Yes
No
Home
School
Work
$0 - $30K
$30K - $60K
$60K - $100K
$100K+
African
African American
Asian
Caucasian
Hispanic
Middle Eastern
Other
xmovie.com
18-24
25-34
35-44
45-54
55-64
65+
No College
Some College
College
Graduate School
Male
Female
Yes
No
Home
School
Work
$0 - $30K
$30K - $60K
$60K - $100K
$100K+
African
African American
Asian
Caucasian
Hispanic
Middle Eastern
Other
wild-pornstars.com
18-24



25-34
35-44
45-54
55-64
65+
No College
Some College
College
Graduate School
Male
Female
Yes
No
Home
School
Work
$0 - $30K
$30K - $60K
$60K - $100K
$100K+
African
African American
Asian
Caucasian
Hispanic
Middle Eastern
Other
videosz.com
18-24
25-34
35-44
45-54
55-64
65+
No College
Some College
College
Graduate School
Male
Female
Yes
No
Home
School
Work
$0 - $30K
$30K - $60K
$60K - $100K
$100K+

Take Our Survey

African
African American
Asian
Caucasian
Hispanic
Middle Eastern
Other
porneskimo.com
18-24
25-34
35-44
45-54
55-64
65+
No College
Some College
College
Graduate School
Male
Female
Yes
No
Home
School
Work
$0 - $30K
$30K - $60K
$60K - $100K
$100K+
African
African American
Asian
Caucasian
Hispanic
Middle Eastern
Other

Compare **eskimotube.com** to:

| xmovie.com | wild-pornstars.com | videosz.com | porneskimo.com |





## Visitors by Country for Eskimotube.com

Country

Percent of Visitors

**United States (/topsites /countries/US)**

33.7%

**Germany (/topsites/countries/DE)**

7.2%

**India (/topsites/countries/IN)**

4.7%

**United Kingdom (/topsites /countries/GB)**

4.4%

**France (/topsites/countries/FR)**

4.4%

**Mexico (/topsites/countries/MX)**

3.7%

**Italy (/topsites/countries/IT)**

3.2%

**Canada (/topsites/countries/CA)**

2.9%

**Spain (/topsites/countries/ES)**

2.8%

**Brazil (/topsites/countries/BR)**

2.2%

**Mexico (/topsites/countries/MX)**

3.7%

**Italy (/topsites/countries/IT)**

3.2%

**Canada (/topsites/countries/CA)**

2.9%



**Spain (/topsites/countries/ES)**

2.8%

**Brazil (/topsites/countries/BR)**

2.2%

**South Korea (/topsites /countries/KR)**

2.0%

**Netherlands (/topsites /countries/NL)**

1.9%

**Indonesia (/topsites/countries/ID)**

1.7%

**Finland (/topsites/countries/FI)**

1.3%

**Egypt (/topsites/countries/EG)**

1.3%

**Pakistan (/topsites/countries/PK)**

1.3%

**Belgium (/topsites/countries/BE)**

1.2%

**Japan (/topsites/countries/JP)**

1.1%

**Greece (/topsites/countries/GR)**

1.0%

**Poland (/topsites/countries/PL)**

0.9%

**Australia (/topsites/countries/AU)**

0.9%

**Sweden (/topsites/countries/SE)**

0.8%

Take Our Survey

**Russia (/topsites/countries/RU)**

0.8%

**Algeria (/topsites/countries/DZ)**

0.7%

**Colombia (/topsites/countries/CO)**

0.6%

**Switzerland (/topsites/countries/CH)**

0.5%

**Austria (/topsites/countries/AT)**

0.5%

**OTHER (/topsites/countries/O)**

11.9%

**View Plans and Pricing (/pro/subscription)**

# High Impact Search Queries for Eskimotube.com

| | Query | Impact |
|---|---|---|
| 1 | eskimo tube | High |
| 2 | eskimotube | High |
| 3 | eskimotube.com | Medium |
| 4 | nina hartley | Medium |
| 5 | del rio | Medium |
| 6 | ice la fox | Low |
| 7 | vanessa del rio | Low |

**View the complete Search Analytics**

## Top Search Queries for Eskimotube.com

| Query | P |
|-------|---|

| 1 | eskimo tube | 18.10% |
| 2 | eskimotube | 10.89% |
| 3 | eskimo | 3.45% |
| 4 | nina hartley | 2.21% |
| 5 | eskiomtube | 1.96% |
| 6 | popiran | 1.45% |
| 7 | ice la fox | 1.30% |

**View the complete Search Analytics**

**Wayback Machine**

**See how Eskimotube.com looked in the past**

Like eskimotube.com? **Download the Alexa toolbar** and access exclusive analytics content.



© Alexa Internet, Inc.

An amazon.com company

Take Our Survey



Search for more



# [tjoob.com (http://tjoob.com)](http://tjoob.com)

Tjoob.com

This site is **unclaimed**. **[Claim this Site (/siteowners/claim?site=tjoob.com)](/siteowners/claim?site=tjoob.com)**

## Statistics Summary for **tjoob.com**

Tjoob.com's three-month global Alexa traffic rank is 9,356. Relative to the overall population of internet users, the site's users are disproportionately male, and they tend to be childless,... **[Show More (#)](#)**

| Alexa Traffic Rank | | Reputation | |
|---|---|---|---|
| 🌐 9,356<br>Global Rank | 🇺🇸 5,016<br>Rank in **US (/topsites/countries/US)** | **[291 (/site/linksin/tjoob.com)](/site/linksin/tjoob.com)**<br>Sites Linking In | **[none Star (/write/review/tjoob.com)](/write/review/tjoob.com)**<br>(No reviews yet) |

- Traffic Stats
- Search Analytics
- Audience
- Contact Info
- Reviews
- Related Links
- Clickstream

**No contact information available.**

## Whois

Who is tjoob.com? Whois lookup at **[GoDaddy (http://who.godaddy.com/WhoIs.aspx?domain=tjoob.com&isc=ALEXADOM)](http://who.godaddy.com/WhoIs.aspx?domain=tjoob.com&isc=ALEXADOM)** .

Featured Alexa Site Tools



**[(/siteaudit/)](/siteaudit/)**

**[Site Audit (/siteaudit/)](/siteaudit/)** If you want to improve your SEO techniques, increase your organic search t



complete site analytics tag coverage, this tool is for you.



**(/toolbar-creator/)**

**Toolbar Creator (/toolbar-creator/)** Generate your own custom toolbar and promote it to your visitors to increase engagement and generate more frequent visits to your site.



**(/siteowners/edit)**

**Edit Your Listing (/siteowners/edit)** Update your listing on Alexa, including your site description, contact information, and more.



**(/siteowners/)**

**View All (/siteowners/)** Access all of Alexa's Site Tools.

**Write a Review (/write/review/tjoob.com)**

# Review Summary for tjoob.com

No Stars
(based on reviews)

No reviews, be the first to write a review!

**Write a Review (/write/review/tjoob.com)**

Featured Alexa Site Tools



**(/siteaudit/)**

**Site Audit (/siteaudit/)** If you want to improve your SEO techniques, increase your organic search traffic, and ensure complete site analytics tag coverage, this tool is for you.



**(/toolbar-creator/)**



**Toolbar Creator (/toolbar-creator/)** Generate your own custom toolbar and promote it to your visitors to increase engagement and generate more frequent visits to your site.



**(/siteowners/edit)**

**Edit Your Listing (/siteowners/edit)** Update your listing on Alexa, including your site description, contact information, and more.



**(/siteowners/)**

**View All (/siteowners/)** Access all of Alexa's Site Tools.

Learn more about **Related Links (/faqs/?cat=13)** .

Sites relevant to tjoob.com visitors and their interests.

## If you like tjoob.com you may also like:

- 1
  **Lola Girlfriends - Slutty young girlfriends exposed (/siteinfo/lolagirlfriends.com)**

- 2
  **KuntFuTube.com : : Streaming Asian Videos! (/siteinfo/kuntfutube.com)**
  - **Keywords shared by kuntfutube.com:** tjoob, tokyo hot v473, pornstar futanari, gwen asian, pregnant sistas password
- 3
  **Fuckteamfive.com (/siteinfo/fuckteamfive.com)**
  - **Keywords shared by fuckteamfive.com:** fuck team 5, fuck team five, team fuck five, fuckteamfive, fuck team
- 4
  **EPORNER.COM - Full Free Porn - Sex, Porno, Porn Tube, Free XXX Porn : Free porn movies (/siteinfo/eporner.com)**
  - **Keywords shared by eporner.com:** ashli orion pov, sabrinita hd, nice brunette sandy, amira hazine, kina kai creampie

## Sites with similar names to tjoob.com:

- 1
  **tjoos.com (/siteinfo/tjoos.com)**

- 2
  **tjoos.com.au (/siteinfo/tjoos.com.au)**

- 3
  **tjoos.co.uk (/siteinfo/tjoos.co.uk)**

Take Our Survey

- 4
  **tjoogle.com** (/siteinfo/tjoogle.com)

- 5
  **tjoozey.com** (/siteinfo/tjoozey.com)

- 6
  **maktoob.com** (/siteinfo/maktoob.com)

- 7
  **cloob.com** (/siteinfo/cloob.com)

- 8
  **zorgloob.com** (/siteinfo/zorgloob.com)

- 9
  **almsloob.com** (/siteinfo/almsloob.com)

# Audience Demographics for Tjoob.com

Relative to **the general internet population** how popular is tjoob.com with each audience below?

**Age**

18-24
25-34
35-44
45-54
55-64
65+
**Education**

No College
Some College
College
Graduate School
**Gender**

Male
Female
**Has Children**

Yes
No
**Browsing Location**

home



Case 3:11-cv-03043-MWB   Document 16-1   Filed 11/21/11   Page 23 of 30

school
work

# Advanced Demographics for tjoob.com

Audience breakdown by income, ethnicity, age, education, gender, children and browsing location.

- **Age (#)**
- **Education (#)**
- **Gender (#)**
- **Has Children (#)**
- **Browsing Location (#)**
- **Income (#)**
- **Ethnicity (#)**

tjoob.com
18-24
25-34
35-44
45-54
55-64
65+
lolagirlfriends.com
18-24
25-34
35-44
45-54
55-64
65+
kuntfutube.com
18-24
25-34
35-44
45-54
55-64
65+
fuckteamfive.com
18-24
25-34
35-44
45-54
55-64
65+
eporner.com
18-24
25-34
35-44
45-54



55-64

65+

Compare **tjoob.com** to:

| lolagirlfriends.com | kuntfutube.com | fuckteamfive.com | eporner.com |

**Compare**



Optimize your search traffic with Alexa **Search Analytics!**  **Optimize Now!**

## Visitors by Country for Tjoob.com

Country

Percent of Visitors

 **United States (/topsites /countries/US)**

40.9%

 **Japan (/topsites/countries/JP)**

5.6%

 **Germany (/topsites/countries/DE)**

4.3%

 **Canada (/topsites/countries/CA)**

4.1%

 **Mexico (/topsites/countries/MX)**

3.9%

 **France (/topsites/countries/FR)**

3.8%

 **United Kingdom (/topsites /countries/GB)**

3.0%

 **Malaysia (/topsites/countries/MY)**

3.0%

 **India (/topsites/countries/IN)**

2.3%

**Take Our Survey**

 Ireland (/topsites/countries/IE)

2.2%

 France (/topsites/countries/FR)

3.8%

 United Kingdom (/topsites/countries/GB)

3.0%

 Malaysia (/topsites/countries/MY)

3.0%

 India (/topsites/countries/IN)

2.3%

 Ireland (/topsites/countries/IE)

2.2%

 Italy (/topsites/countries/IT)

2.1%

 Singapore (/topsites/countries/SG)

1.7%

 Spain (/topsites/countries/ES)

1.6%

 Russia (/topsites/countries/RU)

1.3%

 Indonesia (/topsites/countries/ID)

1.1%

 Egypt (/topsites/countries/EG)

1.0%

 Norway (/topsites/countries/NO)

1.0%

 Australia (/topsites/countries/AU)

0.9%

 Belgium (/topsites/countries/BE)

Take Our Survey

Case 3:11-cv-03043-MWB   Document 16-1   Filed 11/21/11   Page 26 of 30

0.8%

🇸🇮 **Slovenia (/topsites/countries/SI)**

0.8%

🇧🇷 **Brazil (/topsites/countries/BR)**

0.8%

🇳🇱 **Netherlands (/topsites /countries/NL)**

0.8%

🇵🇰 **Pakistan (/topsites/countries/PK)**

0.7%

🇵🇹 **Portugal (/topsites/countries/PT)**

0.6%

🇩🇿 **Algeria (/topsites/countries/DZ)**

0.5%

🇷🇴 **Romania (/topsites/countries/RO)**

0.5%

🇱🇰 **Sri Lanka (/topsites/countries/LK)**

0.5%

**OTHER (/topsites/countries/O)**

10.2%

**View Plans and Pricing (/pro/subscription)**





# High Impact Search Queries for Tjoob.com

| | Query | Impact |
|---|---|---|
| 1 | eskimotube | High |
| 2 | eskimo tube | High |
| 3 | ashlyn rae creampie | Medium |
| 4 | nudevista | Medium |
| 5 | http://www.tjoob.com | Low |
| 6 | bella blaze anal | Low |
| 7 | t joob | Low |

**View the complete Search Analytics**



## Top Search Queries for Tjoob.com

| Query | P |
|-------|---|

| 1 | tjoob | 16.46% |
|---|------|--------|
| 2 | eskimotube | 1.73% |
| 3 | eskimo tube | 1.11% |
| 4 | tjoob.com | 0.84% |
| 5 | eskimo tube katsuni | 0.84% |
| 6 | tjoobs | 0.60% |
| 7 | ashlyn rae creampie | 0.24% |

**View the complete Search Analytics**



**Wayback Machine**

**See how Tjoob.com looked in the past**

Like tjoob.com? **Download the Alexa toolbar** and access exclusive analytics content.



AdChoices ▷

© Alexa Internet, Inc.

An **amazon**.com company

Take Our Survey