## DECLARATION OF ERIC JOHNSON

I, ERIC JOHNSON, being duly sworn, do depose and state as follows:

1. I am of legal age. I am a director of Private Media Group, Inc. ("PRVT"). I am the appointed receiver of Private Media Group Inc. under order of Honorable Judge Gonzalez of the Eighth Judicial District Court in Clark County, Nevada. I have personal knowledge of the matters stated below and could testify competently to them if called to do so. This Declaration is submitted in support of Plaintiff Fraserside IP LLC.

2. On August 25, 2011, I was appointed as the Receiver for PRVT by the Eighth Judicial District Court in Clark County, Nevada, in Case No. A622802

3. Prior to my appointment as Receiver, I was aware of the creation and existence of Fraserside IP LLC as a wholly owned subsidiary of PRVT.

4. Prior to my appointment as Receiver, I was aware of the transfer of copyrights and trademarks from various sibling entities under PRVT ownership to Fraserside IP LLC.

5. Following my appointment as Receiver, I have communicated with Attorney Chad Belville, who represents Fraserside IP LLC in various matters, including civil complaints filed in the United States District Court for the Northern District of Iowa.

6. The continued prosecution of these complaints and enforcement of Fraserside IP LLC's intellectual property rights by Attorney Chad Belville has been and continues to be done with my knowledge and support.

Signed under penalty of perjury this 11th day of November, 2011

*[signature]*

Eric Johnson