# UNITED STATES DISTRICT COURT
## IN AND FOR THE NORTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| FRASERSIDE IP LLC, an Iowa Limited Liability Company, | ) ) ) CASE NO. 11-cv-03043-MWB |
| Plaintiffs, | ) ) |
| vs. | ) DEFENDANT ROLAND ) WATERWEG'S PARTIAL |
| ROLAND WATERWEG, d/b/a www.eskimotube.com and d/b/a www.tjoob.com and JOHN DOES 1 – 100 and JOE DOE COMPANIES 1 – 100, | ) WITHDRAWAL OF MOTION TO ) DISMISS ) ) ) |
| Defendants. | ) |

Defendant Roland Waterweg hereby withdraws two of the grounds asserted in his motion to dismiss and in support states:

1. On November 04, 2011, Defendant filed a Motion to Dismiss asserting three distinct and independent grounds for the motion.

2. Without waiving any defenses it may have, at this time, Defendant withdraws the Fed. R. Civ. P. 12(b)(1) and 12(b)(6) challenges only.

3. The only remaining issue before the Court on Defendant's Motion to Dismiss is the challenge to personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2).

WHEREFORE, Defendant Roland Waterweg respectfully requests he be permitted to withdraw only those challenges pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

Respectfully submitted,


   /s/ Jennifer E. Rinden
CONNIE ALT   AT0000497
JENNIFER E. RINDEN    AT0006606
       for
SHUTTLEWORTH & INGERSOLL, P.C.
500 US Bank Bldg., P.O. Box 2107
Cedar Rapids, IA 52406
PHONE:       (319) 365-9461
FAX:             (319) 365-8564
jer@shuttleworthlaw.com

/s/Valentin Gurvits
Valentin Gurvits, Esq.
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton, MA 02459
BBO # 643572
(617) 928-1804
vgurvits@bostonlawgroup.com


/s/Evan Fray-Witzer
Evan Fray-Witzer, Esq.
Ciampa Fray-Witzer, LLP
20 Park Plaza, Suite 804
Boston, MA 02116
(617) 723-5630
Evan@CFWLegal.com

**ATTORNEYS FOR DEFENDANT
ROLAND WATERWEG, d/b/a
www.eskimotube.com and www.tjoob.com**

COPY TO:

Chad Belville
Chad Belville Attorney at Law
P.O. Box 17879
Phoenix, AZ  85066

> **CERTIFICATE OF SERVICE**
>
>   The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on December 21, 2011, by:
>
> [ x ] Electronically via ECF for ECF registrants
> [ ] U.S. Mail _____
> [ ] Fax _____
> [ ] Fed Ex _____
> [ ] Hand Delivered _____
> [ ] other _____
>
> **Julie A. Miller**_____