**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| FRASERSIDE IP LLC, An Iowa Limited Liability Company, | |
| Plaintiff, | No. C11-3043-MWB |
| vs. | **ORDER** |
| ROLAND WATERWEG, d/b/a www.eskimotube.com and d/b/a www.tjoob.com and www.eskimotube.com and www.tjoob.com and John Does 1-100 and John Doe Companies 1-100, | |
| Defendants. | |

_____

The plaintiff's motion (Doc. No. 18) to extend deadline for scheduling order until after a ruling is filed on the pending motion to dismiss is **denied**. The deadline to file the proposed scheduling order is extended to **March 5, 2012**.

**IT IS SO ORDERED.**

**DATED** this 1st day of February, 2012.

_____
PAUL A. ZOSS
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT