IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| FRASERSIDE IP LLC, an Iowa Limited Company, | ) ) | |
| Plaintiff, | ) ) | No. C11-3043-MWB |
| vs. | ) ) | JUDGMENT |
| ROLAND WATERWEG d/b/a www.eskimotube.com and www.tjoob.com, JOHN DOES 1-100, and JOHN DOE COMPANIES 1-100, | ) ) ) ) ) | IN A CIVIL CASE |
| Defendants. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff, Fraserside IP LLC, take nothing and this action is dismissed.


Dated: February 24, 2012        ROBERT L. PHELPS
                                Clerk

                                   /s/ des
                                (By) Deputy Clerk